# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **ICON ENTERTAINMENT GROUP,** *et al.,* | : | |
| | : | Case No. 2:20-cv-101 |
| **Plaintiffs,** | | Judge Sarah D. Morrison |
| | : | Chief Magistrate Judge Elizabeth P. Deavers |
| v. | | |
| **STEVEN G. ROSSER,** *et al.,* | : | |
| **Defendants.** | : | |

## ORDER

The undersigned hereby recuses herself from the above-styled case. The Clerk is **DIRECTED** to redraw the case for random reassignment to another United States Magistrate Judge.

**IT IS SO ORDERED.**

Date: January 16, 2020          /s/ *Elizabeth A. Preston Deavers*
                                **ELIZABETH A. PRESTON DEAVERS**
                                **UNITED STATES MAGISTRATE JUDGE**