# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **Icon Entertainment Group, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | Case No. 2:20-cv-00101 |
| | : | |
| v. | : | Judge Morrison |
| | : | |
| **Steven G. Rosser, et al.,** | : | Magistrate Judge Jolson |
| | : | |
| **Defendants.** | : | |

## JOINT STATUS REPORT

Plaintiffs Icon Entertainment Group and Kenny Road, LLC and Defendants Steven G. Rosser, Whitney R. Lancaster, and the City of Columbus provide this joint status report as directed in the October 20, 2020 Order amending the case schedule (Doc. # 29). The parties have worked amicably to continue to exchange document discovery, address potential perceived deficiencies, and schedule depositions (including by the use of remote technology). To date, the parties have conducted the depositions of one of the plaintiffs' principals and four non-party witnesses. Depositions of the individual defendants were scheduled but have been postponed to allow resolution of questions relating to documents that have been produced. Those depositions will likely be rescheduled in late January or February. Five more non-party depositions had been scheduled, but have not yet occurred either because of a) difficulties serving the witness with a subpoena, b) the request of the witness to accommodate an illness or scheduling conflict, or c) the noticing party's decision not to proceed with the deposition. To the extent these depositions will be rescheduled, the parties are coordinating with each other and the witnesses to secure dates.

The parties had originally anticipated being ready for mediation by September 2020. But due to numerous factors, including the difficulties imposed by the circumstances surrounding the pandemic, upon conferring to set a mediation date, the parties recognized that additional discovery was necessary before any mediation would likely be fruitful. Accordingly, rather proceeding with a mediation that all parties realized would have been premature, the parties have instead focused

their efforts on completing further discovery. To the extent this case may ultimately benefit from a mediation, it would likely not be until near or after the completion of discovery. The parties request the Court allow them to delay mediation until that time, if appropriate at all.

All counsel presently believe that the deadlines set in the October 20, 2020 Order amending the case schedule remain feasible. Counsel are glad to provide any additional detail that would be helpful to the Court, or to make themselves available for a status conference if desirable.

Respectfully submitted,

| /s/ Natalie P. Bryans (email auth.) | /s/ Barton R. Keyes | /s/ Andria C. Noble (email auth.) |
|---|---|---|
| Larry H. James (0021773) | Rex H. Elliott (0054054) | Andria C. Noble (0077728) |
| Christopher R. Green (0096845) | Barton R. Keyes (0083979) | Westley M. Phillips (0086365) |
| Natalie P. Bryans (0097697) | Cooper & Elliott, LLC | City of Columbus, |
| Crabbe, Brown & James, LLP | 305 West Nationwide Blvd. | Department of Law |
| 500 S. Front Street, Suite 1200 | Columbus, Ohio 43215 | Zach Klein, City Attorney |
| Columbus, Ohio 43215 | (614) 481-6000 | 77 North Front Street |
| (614) 229-4563 | (614) 481-6001 (Facsimile) | Columbus, Ohio 43215 |
| (614) 229-4559 (Facsimile) | rexe@cooperelliott.com | (614) 645-7385 |
| ljames@cbjlawyers.com | bartk@cooperelliott.com | (614) 645-6949 (Facsimile) |
| cgreen@cbjlawyers.com | | acnoble@columbus.gov |
| nbryans@cbjlawyers.com | David A. Goldstein   (0064461) | wmphillips@columbus.gov |
| | David A. Goldstein Co., L.P.A. | |
| *Attorneys for Defendants* | 511 South High Street, Suite 200 | *Attorneys for Defendant* |
| *Steven G. Rosser and* | Columbus, Ohio 43215 | *City of Columbus* |
| *Whitney R. Lancaster* | Telephone: (614) 222-1889 | |
| | Facsimile (614) 222-1899 | |
| | dgoldstein@dgoldsteinlaw.com | |
| | | |
| | Gina M. Piacentino   (0086225) | |
| | The Weldele & Piacentino Law Group | |
| | 88 East Broad Street, Suite 1560 | |
| | Columbus, Ohio 43215 | |
| | Telephone: (614) 221-0800 | |
| | gpiacentino@wp-lawgroup.com | |
| | | |
| | *Attorneys for Plaintiffs* | |

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Joint Status Report was filed electronically and served electronically on all counsel of record this 18th day of December, 2020.

/s/ Barton R. Keyes