IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ICON ENTERTAINMENT GROUP, et al., | : :  : |
| Plaintiff, | : CASE NO. 2:20-cv-00101 |
| -vs- | : : JUDGE SARAH D. MORRISON |
| STEVEN G. ROSSER, et al., | : MAGISTRATE JUDGE DEAVERS : |
| Defendants. | : |

## NOTICE OF AVAILABILITY

Notice is hereby given that Whitney R. Lancaster is available for deposition on **Monday, February 15, 2021, at 10:00 a.m.** Said deposition will be held at the law offices of CRABBE, BROWN & JAMES, LLP, 500 S. Front Street, Suite 1200, Columbus, OH 43215 via Zoom conference.

Said deposition will be conducted upon oral examination before a Notary Public pursuant to Civil Rule 30.

Respectfully submitted,

*/ s / Larry H. James*
LARRY H. JAMES (0021773)
CHRISTOPHER R. GREEN (0096845)
NATALIE P. BRYANS (0097697)
CRABBE BROWN & JAMES, LLP
500 South Front Street, Suite 1200
Columbus, Ohio 43215
(614) 229-4567; FAX: (614) 229-4559
ljames@cbjlawyers.com
cgreen@cbjlawyers.com
nbryans@cbjlawyers.com
*Attorneys for Defendants*
*Whitney R. Lancaster and Steven G. Rosser*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2021, I filed the foregoing Notice of Availability with the Clerk of Courts for the United States District Court For The Southern District of Ohio, Eastern Division, and a copy of the foregoing was duly served via the Court's electronic efile, upon the following:

Counsel for Plaintiff
David A. Goldstein (0064661)
David A. Goldstein Co., LPA
511 South High Street, Suite 290
Columbus, Ohio 43215
Phone: 614.222.1889
Email: dgoldstein@dgoldsteinlaw.com

Co-Counsel for Plaintiff
Rex H. Elliott (0054054)
Barton R. Keyes (0083979)
Cooper & Elliott LLC
2175 Riverside Drive
Columbus, Ohio 43221
Email: rexe@cooperelliott.com
Email: bartk@cooperelliott.com

Co-Counsel for Plaintiff
Gina M. Piacentino (0086225)
88 East Broad Street
Columbus, Ohio 43215
Email: gpiacentino@wp-lawgroup.com

Columbus City Attorney
Westley Matthew Phillips (0077728)
Andria C. Noble (0086365)
Columbus City Attorney Litigation Section
77 N. Front Street, Floor 4
Columbus, OH 43215-1895
Email: wmphillips@columbus.gov

/s/ Larry H. James
LARRY H. JAMES (0021773)