1

IN THE UNITED STATES DISTRICT COURT

2       SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

3

4 ICON ENTERTAINMENT         )

GROUP, ET AL.,            )

5                        )

      Plaintiffs,       )

6                        )

      vs.               )  Civil Action No.

7                      )  2:20-cv-00101

STEVEN G. ROSSER, ET    )

8 AL.,                   )

                     )

9       Defendants.      )

10

11

12                 DEPOSITION

13        of JOSEPH VAILLANCOURT

14

15        Taken at the offices of

16      CRABBE BROWN & JAMES, LLP

    500 South Front Street, Suite 1200

17       Columbus, Ohio 43215

18   on November 13, 2020, at 2:29 p.m.

19

20     Reported by: Carmen G. Maley

21

22              -=0=-

23

24

Page 2

```
1   APPEARANCES:
2         Barton R. Keyes
          COOPER & ELLIOTT, LLC
3         2175 Riverside Drive
          Columbus, Ohio  43221
4         bartk@cooperelliott.com
          614.482.4089
5
          David A. Goldstein
6         DAVID A. GOLDSTEIN CO., L.P.A.
          511 South High Street
7         Suite 200
          Columbus, Ohio  43215
8         614.222.1889
          dgoldstein@dgoldsteinlaw.com
9
                on behalf of the Plaintiffs.
10
11        Larry H. James
          Natalie P. Bryans
12        Christopher R. Green
          CRABBE, BROWN & JAMES, LLP
13        500 South Front Street
          Suite 1200
14        Columbus, Ohio  43215
          614.229.4567
15        ljames@cbjlawyers.com
          nbryans@cbjlawyers.com
16        cgreen@cbjlawyers.com
17              on behalf of the Defendants,
                Rosser and Lancaster.
18
19        Andria C. Noble
          Westley M. Phillips
20        Columbus City Attorneys
          77 North Front Street, 4th Floor
21        Columbus, Ohio  43215
          614.645.6964
22        acnoble@columbus.gov
          wmphillips@columbus.gov
23
                on behalf of the Defendant,
24              City of Columbus.
```

Page 3

```
1
2   ALSO PRESENT:
3         Joe Sullo

          Ania Puzio-Stimmell
4
5
6                    -=0=-
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 4

```
1                   STIPULATIONS
2         It is stipulated by and among counsel
3   for the respective parties that the deposition
4   of JOSEPH VAILLANCOURT, a Witness herein, called
5   by the Defendants under the applicable Rules of
6   Federal Civil Court Procedure, may be taken at
7   this time by the stenographic court reporter and
8   notary public pursuant to notice and by
9   agreement; that said deposition may be reduced
10  to writing stenographically by the court
11  reporter, whose notes thereafter may be
12  transcribed outside the presence of the witness;
13  and that the proof of the official character and
14  qualification of the notary is waived; that the
15  reading and signature of the said witness to the
16  transcript of the deposition are expressly
17  waived by counsel and the witness; said
18  deposition to have the same force and effect as
19  though signed by the said witness.
20                    -=0=-
21
22
23
24
```

Page 5

```
1               INDEX OF EXAMINATION
2                                          PAGE
3   BY MR. GREEN:                            6
    BY MS. NOBLE:                           69
4   BY MR. GOLDSTEIN:                       97
    BY MR. GREEN:                          108
5   BY MS. NOBLE:                          117
6
7
8               INDEX OF EXHIBITS
9   EXHIBIT            DESCRIPTION          PAGE
10     1        Binder of Documents          15
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 6

1    JOSEPH VAILLANCOURT
2  being first duly sworn, as hereinafter
3  certified, deposes and says as follows:
4        EXAMINATION
5  BY MR. GREEN:
6     Q.  Good afternoon, Mr. Vaillancourt.  My
7  name is Chris Green.  I represent Officers
8  Rosser and Lancaster.  I'm going to ask you a
9  few questions this afternoon.  The best thing
10  you can do for me is wait for me to finish my
11  question, and I will wait for you to finish your
12  answer.  That way, we're not interrupting each
13  other.  Does that sound fair?
14     **A.  Yes.**
15     Q.  The other part is do the best,
16  especially since you have the mask on, to give
17  me good yes or no answers, and try not to do any
18  uh-huhs or huh-uhs.  Does that sound fair?
19     **A.  Yes.**
20     Q.  You were subpoenaed here today to
21  testify in the Icon v. Rosser, et al. case.  Is
22  that your understanding?
23     **A.  Yes.**
24     Q.  Can you state your full name and spell

Page 7

1  your last name for the record?
2     **A.  Joseph Vaillancourt.  V, as in Victor,**
3  **A-I-L-L-A-N-C-O-U-R-T.**
4     Q.  What is your current address?
5     **A.  5565 Esplanade Street, Columbus 43221.**
6     Q.  What's a good telephone number for you?
7     **A.  My cell number, 774-240-0121.**
8     Q.  What's your date of birth?
9     **A.  November 27th, 1950.**
10     Q.  Are you married?
11     **A.  Yes.**
12     Q.  How long have you been married?
13     **A.  Nine years.**
14     Q.  Do you have any children?
15     **A.  No.**
16     Q.  Where did you go to high school?
17     **A.  Lawrence Middle School in Lawrence,**
18  **Massachusetts.**
19     Q.  Did you grow up in Massachusetts?
20     **A.  Yes.**
21     Q.  Where did you go, if at all, to college?
22     **A.  I went to a couple of schools.  I went**
23  **to Hesser College in Salem, New Hampshire.  And**
24  **I did some courses at Northeastern Community**

Page 8

1  **College.**
2     Q.  Do you have a degree in anything?
3     **A.  No, I do not.**
4     Q.  What about any military service?
5     **A.  I was in the Marine Corps.**
6     Q.  What period of time were you in the
7  Marine Corps?
8     **A.  1969 through 1971.**
9     Q.  Under what circumstances did you leave
10  the military?
11     **A.  I was retired for disability.  I was**
12  **injured.**
13     Q.  What sort of work did you do after the
14  military?
15     **A.  I worked as a respiratory therapist.**
16     Q.  About how long did you do that for?
17     **A.  About eight years.**
18     Q.  Then what did you do?
19     **A.  I worked in the newspaper business.**
20     Q.  Were you a reporter?
21     **A.  I was a circulation manager.**
22     Q.  What's your current occupation?
23     **A.  Right now I'm not working.  I was**
24  **working for a property here in Columbus, but**

Page 9

1  **right now I'm kind of semiretired.**
2     Q.  What was the property?
3     **A.  Sirens, which goes by Cleveland Avenue**
4  **Cafe.**
5     Q.  What was your role at Sirens?
6     **A.  I was a day manager.**
7     Q.  When did you start at Sirens?
8     **A.  It was this year.  I believe it was -- I**
9  **only worked four, five weeks.  It was like the**
10  **end of February, February 9th or 10th through**
11  **the 14th of March when the governor shut the**
12  **clubs down.**
13     Q.  Let's go to your employment at Kahoots,
14  just some again questions there.
15        What was your start date at Kahoots?
16     **A.  I believe it was December 1st, 2005.**
17     Q.  What was the last date you worked there?
18     **A.  I believe it was November 19th, 2018.**
19  **I'm not the best with dates, so hopefully -- I**
20  **think it was 2018.  It was November 19th.**
21     Q.  You worked there about 12, 13 years?
22     **A.  Yes.**
23     Q.  What was your position?
24     **A.  I was a general manager.**

Page 10

1    Q.  Were you always the general manager, or
2  were you promoted into that position?
3    **A.  I was hired as the general manager.**
4    Q.  You were hired as the general manager?
5    **A.  Yes.**
6    Q.  What were your job duties and
7  responsibilities as general manager?
8    **A.  I was responsible for the day-to-day**
9  **operations, pretty much overseeing the hiring,**
10  **training and, you know, managing the dancers,**
11  **staff.**
12    Q.  Did you play any sort of role in
13  bookkeeping?
14    **A.  No.**
15    Q.  Whose role was that?
16    **A.  Steve Kessler did most of the day work,**
17  **the paperwork, the ordering and financial end of**
18  **things.**
19    Q.  In your role as general manager, were
20  you required to know and understand the state
21  and local laws related to the industry that you
22  were in?
23    **A.  Yes.**
24    Q.  In your role as general manager, were

Page 11

1  you required to monitor patrons',  employees'
2  and dancers' compliance with those laws?
3    **A.  Yes.**
4    Q.  If you saw someone, be it a patron,
5  employee or dancer, not complying with those
6  state or local laws, what did you do?
7    **A.  It would depend on what I saw them**
8  **doing.**
9    Q.  So if you saw some sort of criminal
10  activity, whether it be prostitution or a drug
11  sale or something like that --
12    **A.  Termination -- I'm sorry.**
13    Q.  -- what was your role?
14    **A.  I would terminate them.**
15    Q.  So if that was an employee or dancer,
16  you would terminate them?
17    **A.  Yes.**
18    Q.  What if it was a patron?
19    **A.  They would be told to leave and be**
20  **banned from the club.**
21    Q.  Who did you -- who was your direct
22  report?
23    **A.  Could you repeat that?**
24    Q.  Who did you report to?

Page 12

1    **A.  Joe Sullo, the owner.**
2    Q.  When there was a -- when you noticed
3  some sort of criminal activity taking place in
4  the club, did you ever write it down or report
5  it anywhere?
6    **A.  We had a logbook.**
7    Q.  Was that logbook in place throughout the
8  course of your employment?
9    **A.  Yes.**
10    Q.  Did you write down every single criminal
11  activity that you noted or was noted in the
12  club?
13    **A.  As far as I can remember, yes.  We**
14  **didn't have many.**
15    Q.  So was this logbook something that was
16  kept by hand, or was it kept electronically?
17    **A.  It was by hand.**
18    Q.  Can you kind of explain to me the nature
19  of this logbook, what it looked like?  Was it
20  like a form you filled out, or was it a chart?
21    **A.  It was just, you know, kind of almost**
22  **like a calendar datebook.  So you could turn to**
23  **a page, you would have the date on there, and if**
24  **there was anything you wanted to record, if**

Page 13

1  **there was an incident, you could record it under**
2  **that date.  So it's just a hardcover datebook.**
3    Q.  And that was in place throughout the 13
4  years you were employed at Kahoots?
5    **A.  Yes.**
6    Q.  Did you, yourself, write in that book?
7    **A.  Yes.**
8    Q.  Did you send copies of the book to
9  management ever --
10    **A.  No.**
11    Q.  -- or to ownership?
12    **A.  No.**
13    Q.  So that was something that stayed at
14  Kahoots at all times?
15    **A.  Yes.**
16    Q.  Do you have any knowledge as to where
17  that book might be today or if it still exists?
18    **A.  No knowledge.**
19    Q.  Did you have a role in hiring and firing
20  employees?
21    **A.  Yes.**
22    Q.  Were you in charge of scheduling?
23    **A.  I oversaw scheduling.**
24    Q.  Did you make decisions regarding

Joseph Vaillancourt
11/13/2020

Page 14

1 dancers?  And what I mean there is that you
2 would decide who would dance on certain nights.
3    A.  They were independent contractors, a
4 tenant operator, so we didn't schedule them.
5    Q.  Going back to the logbook that you were
6 talking about, I know you said you never
7 reported anything up to the ownership.  Did you
8 ever report anything that you recorded in the
9 logbook to law enforcement?
10    A.  I did, once.
11    Q.  What were the circumstances of that?
12    A.  Detective Rosser was in the club on what
13 they call a NAG investigation where they come in
14 with other officers and health officials and
15 CPD.  The night they came in, they checked
16 everyone's ID, and everyone had ID, and they go
17 through the process.  My assistant that night
18 was in the office with Detective Lancaster.
19 When they were through, they left, Detective
20 Rosser came back in looking for Lancaster.  We
21 didn't know where Lancaster was.  So we headed
22 to the office, and Lancaster was in the office
23 taking copies of the dancer files.
24        At that point, Detective Rosser asked me

Page 15

1 why I terminated Jeremy Sokol.  I gave him a
2 written statement similar to the statement I had
3 written in the logbook.  I copied it, he wanted
4 it on a piece of paper, I copied it on a piece
5 of paper and gave it to him.  I took it from the
6 logbook, what I wrote in the logbook.
7    Q.  Do you recall what the statement was?
8    A.  Not word-for-word, but the reason I
9 terminated Jeremy Sokol was that he was forging
10 credit card slips and selling marijuana inside
11 the nightclub.
12        -=0=-
13    (Deposition Exhibit 1 marked.)
14        -=0=-
15    Q.  If you turn to tab 5 in that binder
16 that's in front of you, I know it's in black and
17 white and it may be a bit difficult to read, and
18 I know you told me you forgot your glasses so I
19 will bear with you.  To the best of your
20 ability, does that look like the note that you
21 were just referencing?
22    A.  It looks like it, yes.
23    Q.  I'm having a little bit of trouble
24 reading your handwriting.  Are you able to read

Page 16

1 your handwriting on that note?
2    A.  Sometimes I have a hard time reading my
3 own handwriting.  It looks like I terminated
4 Jeremy Sokol, and some of it is missing, but it
5 says for selling of drugs and, I would think, of
6 taking credit cards, forging and signing credit
7 cards.  He was entering tips and signing
8 customers' names.  That's the gist of that.
9    Q.  Is that your signature on that sheet
10 there?
11    A.  Yes.
12    Q.  So that was the only occasion you recall
13 reporting something from this logbook to law
14 enforcement; is that correct?
15    A.  I believe so, yes.
16    Q.  In this logbook, there were other sorts
17 of criminal activities logged.  Is that
18 accurate?
19    A.  I would say that's not accurate.
20    Q.  So what was in the logbook, then?
21    A.  You know, if we let a dancer go, it was
22 kind of communicating to the next shift manager
23 that a particular dancer was sent home for
24 whatever reason.

Page 17

1    Q.  Would dancers be sent home because they
2 were violating some sort of law?
3    A.  No.  Primarily, most of the time it was
4 they were in an argument or they got into kind
5 of an argument with another dancer, being
6 disruptive in some way or had too much to drink,
7 so we would send them home.
8        If somebody was terminated for breaking
9 the law, that would be entered into that thing,
10 and usually that would either be, you know, not
11 wearing the proper costume or, you know, the use
12 of drugs, or solicitation of a customer.
13    Q.  So those sorts of activities that you
14 were just describing, the use of drugs, any sort
15 of prostitution or exploitation of a patron,
16 those sorts of things would get tracked in that
17 logbook, in addition to dancers being let go for
18 arguments or drinking too much or whatever; is
19 that correct?
20    A.  Yeah.  And, in addition, if we hired
21 somebody, if there was new people coming on, it
22 was a means of communication, it wasn't just --
23 it was a day-to-day, we would say if there was
24 something that I wanted the next manager to kind

Page 18

1  of remember or whatever.  In most cases, it was
2  to document something that we wanted to have a
3  record of.
4      Q.  What were the hours that you worked at
5  Kahoots?
6      A.  I worked evenings.  I worked five days a
7  week.  I would go to work about 6:30, club
8  closed at 2:30.  I would do my book work and get
9  home about 4:00 five days a week.
10     Q.  Was that Monday through Friday?
11     A.  I think most of the time I took, like, a
12 Sunday and a Monday off.
13     Q.  Okay.
14     A.  So I worked all the weekends.
15     Q.  Were you an hourly paid employee or
16 salary?
17     A.  Salary.
18     Q.  And your supervisor, I think you said,
19 was Joe Sullo.  Correct?
20     A.  The owner, yes.
21     Q.  During the course of your employment at
22 Kahoots, did you ever have any sort of criminal
23 charge brought against you?
24     A.  At the end of my -- yes.

Page 19

1      Q.  What were the circumstances of those?
2      A.  It was Detective Rosser cited me for a
3  girl that didn't have pasties on.
4      Q.  Can you say that one more time?
5      A.  Detective Rosser cited me for an
6  entertainer that wasn't wearing pasties.
7      Q.  He cited you as opposed to the
8  entertainer?
9      A.  He cited the entertainer, as well.
10     Q.  What was the disposition of that
11 criminal charge, if you recall?
12     A.  It was dismissed, eventually, by the
13 city attorney.
14     Q.  Did you enter into any sort of plea in
15 that case?
16     A.  Yes, I did.
17     Q.  What did you plea?
18     A.  I pled guilty.
19     Q.  If you turn to tab 8 in that book, are
20 you the Joseph D. Vaillancourt that is
21 identified on there?
22     A.  Yes.
23     Q.  And that 5313 North County Road, is that
24 a former address of yours?

Page 20

1      A.  Yes.
2      Q.  And the offense date, the 10-28-2017,
3  does that sound like about the time that you
4  were charged?
5      A.  Yes.
6      Q.  Regarding the circumstances of your
7  departure from Kahoots, you were terminated; is
8  that correct?
9      A.  I guess so, yep.
10     Q.  Who informed you that you had been
11 terminated?
12     A.  Joe Sullo.
13     Q.  What was the stated reason for your
14 termination?
15     A.  He said that I had to go and Detective
16 Rosser wanted me gone, and he wanted Mr. Sullo
17 to bring Jeremy Sokol back to work.  At first, I
18 guess the communication between Joe Sullo and
19 Mr. Rosser when they had that conversation, Joe
20 refused.  I had been there 13 years, I did a
21 good job, and I didn't do anything wrong, in his
22 terms, and he wanted to fight this thing.  I
23 guess there were a number of these citations for
24 dancing or, you know, being without pasties.

Page 21

1  And from what Mr. Sullo told me, he felt
2  threatened by Mr. Rosser, that he would close
3  the club down if I did not leave.  That's when I
4  was cited.  And Rosser said that I couldn't work
5  if I had a criminal charge against me, even
6  though I had not had time to even defend it yet.
7  There was not any ordinance or law in the city
8  which stated that I was not allowed to work even
9  if I had been found guilty, that I couldn't work
10 in the adult business.
11     So Mr. Sullo asked me to take some time
12 and more or less laid me off.  I shouldn't use
13 the word termination, I was laid off.  I was
14 able to collect.  I was laid off.  He wanted to
15 see what he could do, he didn't want to lose me,
16 and he wanted to see what he could do to
17 straighten this thing out.
18     Q.  When you say you were "laid off" and you
19 were "able to collect," what exactly do you mean
20 there?
21     A.  I was laid off because there wasn't a
22 position there for me at that point.
23     Q.  In terms of volume of business over the
24 course of your employment at Kahoots, over the

Joseph Vaillancourt
11/13/2020

**Page 22**

1 13 years that you were there, what did it look
2 like? Was it a steady business, was it a
3 growing business?
4    A. It was pretty much -- it was pretty
5 steady, but it was pretty much a rollercoaster,
6 as well. Throughout those years, we had
7 economic problems. There were laws that were
8 put into place. Senate Bill 16 was one that
9 affected the business and was challenged in the
10 courts. But that slowed business down for a
11 year or two. I believe in 2008 we had, you
12 know, economically there was the recession.
13 Pretty much, it was a pretty steady business.
14 Compared to other adult nightclubs, we were one
15 of the more successful ones.
16    Q. When you say Senate Bill 16 and that
17 slowed business down, are you talking about the
18 implementation of the, I'll call it the no-touch
19 law, in Ohio?
20    A. The pasty law, yes.
21    Q. Are the pasty law and the no-touch law
22 the same law?
23    A. Yeah, Senate Bill 16 involved wearing
24 pasties and -- yeah, it involved wearing

**Page 23**

1 pasties.
2    Q. What about the law that prevents patrons
3 and dancers from touching one another?
4    A. That wasn't covered by Senate Bill 16.
5 If you wore pasties -- under that bill, if the
6 entertainer wore pasties at all times, it wasn't
7 considered an adult business, so they were
8 allowed some contact.
9    Q. That was in Senate Bill 16, you're
10 talking about?
11    A. Yes.
12    Q. What about the Revised Code section, I
13 believe it's 2907.40, it was the Community
14 Defense Act, did you have knowledge of that and
15 when that was implemented?
16    A. That was part of Senate Bill 16. Yes.
17    Q. Okay. So that was part of Senate Bill
18 16?
19    A. Right.
20    Q. Are you saying when that law went into
21 effect it also had an impact on customers?
22    A. Yeah. There was a lot of misinformation
23 out there.
24    Q. What do you mean by that?

**Page 24**

1    A. Well, people thought that -- the
2 customers thought they could be given a citation
3 if they gave an entertainer a hug or shook a
4 hand or had a private dance. So they were
5 afraid to come into the nightclubs.
6    Q. In terms of the number of customers on
7 average, is that something that you kept track
8 of in your role as general manager?
9    A. Yes.
10    Q. How was that tracked?
11    A. The hostess at the front door would
12 track the number of customers that would come
13 through the door.
14    Q. So was that written down every night?
15    A. Yeah, it was put in our nightly reports.
16    Q. Were these nightly reports something
17 that were kept by hand or electronically?
18    A. They were kept by hand.
19    Q. That was on a per-night basis?
20    A. Yes, every night. Every day and every
21 night, day shift and night shift.
22    Q. What did you ultimately do with these
23 reports?
24    A. Steve would file them, fax them to the

**Page 25**

1 owner at night, and then he would put them away.
2    Q. What were considered your busiest nights
3 of the week?
4    A. Weekend.
5    Q. Did you have a night during the week
6 that was busier than other nights?
7    A. Maybe Thursday nights sometimes would be
8 a little bit busier than other nights.
9    Q. Did that stay pretty consistent
10 throughout the course of your employment?
11    A. Yes.
12    Q. In terms of, like, nightly income for
13 the club, you know, how much the club made, did
14 you track that sort of thing?
15    A. That was part of the nightly report.
16    Q. So you knew at the end of every night,
17 like, we had a good night or we had a bad night
18 tonight?
19    A. Yes.
20    Q. Did you record that somewhere?
21    A. On the report sheet, yes.
22    Q. The same report sheets are the ones
23 Steve faxed to the owners?
24    A. Yes.

Joseph Vaillancourt
11/13/2020

Page 26

1     Q. And again, that was kept on a nightly
2 basis?
3     A. Yes.
4     Q. Did these numbers, you know, I know you
5 said it was a bit of a rollercoaster, but did it
6 stay pretty consistent throughout the course of
7 your employment?
8     A. Yeah. You also had, sometimes, a couple
9 rough months, as any business did. I would say
10 it was pretty consistent. There was a range.
11 You could pretty much, you know, guess what
12 business was going to be like. It was a local,
13 small little nightclub. It wasn't a transient
14 type of business. The majority of people that
15 would come in were local people, regulars.
16     Q. Did you have any responsibilities over
17 the payroll?
18     A. Steve did the payroll, I mean, you know,
19 the waitresses got a particular wage, the floor
20 people, the security people got a particular
21 wage, and Steve would enter and do the payroll
22 every week. I was not in charge of the payroll,
23 as far as recording it and calling it into the
24 payroll company. I did not do that.

Page 27

1     Q. What about with respect to at the end of
2 the year tax returns, did you have any
3 responsibility there?
4     A. None at all.
5     Q. Did you know at the end of the year once
6 taxes were filed what the club was generating in
7 income, according to the taxes?
8     A. No.
9     Q. I want to touch a little bit on some of
10 the illegal activity that may or may not have
11 been taking place at Kahoots during the course
12 of your employment.
13     Are you aware of any drug sales that
14 were occurring at Kahoots?
15     A. Other than Jeremy Sokol, no.
16     Q. Explain to me again your knowledge of
17 Jeremy Sokol's drug sales.
18     A. We had found the area where we had
19 worked we had found a bag of marijuana up in the
20 eaves of the room where he worked at. But there
21 was a bartender who witnessed him weighing out
22 marijuana on the scale in the kitchen.
23     Q. Did you, yourself, ever witness that?
24     A. No.

Page 28

1     Q. Did you, yourself, find the bag of weed?
2     A. No. It was given to me. I forget who
3 found it, but it was presented to me.
4     Q. Who presented it to you?
5     A. I don't remember.
6     Q. Who was the bartender?
7     A. Charlie. Her name was Charlie. And I
8 can't think of her last name right now. I have
9 to apologize, it's been a few years, but her
10 name was Charlie.
11     Q. If we need to get in contact with
12 Charlie, would you know how to do that?
13     A. Probably Steve who did the payroll was
14 more familiar with all their names. I had a lot
15 of people that worked there, and I don't
16 remember everyone's last name. Where Steve
17 would enter their names every week for payroll,
18 he would probably remember their names.
19     Q. Are you aware of any drug use among the
20 employees or dancers at Kahoots?
21     A. I never witnessed that at all.
22     Q. Did you ever hear anything about it?
23     A. You know, you hear a lot of things, but
24 there was never anything that was brought to me

Page 29

1 that showed me anything. I mean, you know, I
2 didn't see anything in there. I never caught
3 drugs on any employee or any dancer the whole
4 time I was there. What they do in their
5 personal life had nothing to do with me.
6     Q. Sure. What about anyone's appearance
7 when they showed up at work, did you see anyone
8 that appeared they were using drugs?
9     A. You know, sometimes someone would come
10 in looking a little rough around the edges, and
11 I probably sent them home. Whether or not they
12 were using drugs or didn't sleep, I don't know.
13 It's a business of appearances, as well.
14     Q. How about any sort of drug trafficking
15 at Kahoots, are you aware if any of that was
16 taking place?
17     A. No.
18     Q. Underage, was that happening at Kahoots?
19     A. Never had a problem.
20     Q. How about underage dancing?
21     A. Never had a problem.
22     Q. Prostitution?
23     A. Never had a problem.
24     Q. Sex acts occurring between dancers and

Joseph Vaillancourt
11/13/2020

Page 30

1 patrons, are you aware of that occurring?
2 **A. No, I'm not.**
3 Q. Over the course of your employment with
4 Kahoots, do you recall how many times the police
5 were called to the club?
6 **A. Very few times.**
7 Q. By "very few," do you mean less than
8 ten, less than 20?
9 **A. I would say, you know -- I'm sure**
10 **there's records on that. But I would say it's**
11 **probably less than 20 times a year.**
12 Q. Less than 20 times a year?
13 **A. That's an estimate. I can't say for**
14 **sure. It didn't happen often.**
15 Q. If I represent to you that from 2009 to
16 2019 the total times police were called to
17 Kahoots was 159 times, would that be a fair
18 estimate?
19 **A. How many years was that?**
20 Q. That's over the course of ten years,
21 2009 to 2019.
22 **A. So it's a little bit less than what I**
23 **estimated.**
24 Q. Okay. You said you consider that to be

Page 31

1 very few times?
2 **A. Yes. Most of the time to have a**
3 **customer removed or there was a fight or a**
4 **problem in the parking lot with customers**
5 **arguing or getting into trouble out there, we**
6 **would have them removed.**
7 Q. How about with respect to filing police
8 reports, would you say that number is probably
9 similar to the one you just estimated?
10 **A. For people who filed police reports?**
11 Q. Yeah, whether it was customers or you
12 or --
13 **A. I would say it's much less than that.**
14 Q. Much less?
15 **A. Yeah.**
16 Q. Are you familiar with the name Joseph
17 Whitaker?
18 **A. Yes, I believe so.**
19 Q. Who is that?
20 **A. I believe he was a floorman for me.**
21 Q. Did you say a floorman?
22 **A. A security person, yes, I believe so.**
23 Q. He was employed at Kahoots?
24 **A. Yes.**

Page 32

1 Q. Do you recall having a conversation with
2 Mr. Whitaker about a dancer named Aliana that
3 was caught performing a sex act on a patron at
4 Kahoots?
5 **A. No.**
6 Q. So are you saying you don't recall, or
7 this never occurred?
8 **A. I don't remember it. It never occurred.**
9 **I don't remember it.**
10 Q. Did you, yourself, ever have any sort of
11 a romantic relationship with any of the
12 employees or dancers at Kahoots over the course
13 of your employment?
14 **A. Yes. I did meet a woman that worked for**
15 **me for a short time.**
16 Q. What was her name?
17 **A. Alisa.**
18 Q. When was that, that you had this
19 relationship with Alisa?
20 **A. I believe it was maybe 2011, 2012.**
21 **Something like that.**
22 Q. She was a dancer at the time?
23 **A. We had a platonic relationship. I never**
24 **had any sexual relationship with any dancer or**

Page 33

1 employee in that nightclub, never. It was truly
2 a platonic relationship.
3 Q. Are you familiar with a dancer that went
4 by the name of Vera?
5 **A. I'm sorry?**
6 Q. Vera, V-E-R-A?
7 **A. Yes.**
8 Q. How are you familiar with her?
9 **A. She worked at the nightclub.**
10 Q. When was she employed?
11 **A. I don't remember. For maybe four, five**
12 **years. The last four, five years, maybe 2014**
13 **through 2018, maybe.**
14 Q. Was there a dancer for a period of time
15 when you first started working at Kahoots that
16 stayed with you briefly and you also paid for a
17 hotel for her?
18 **A. No one ever stayed with me.**
19 Q. Did you ever pay for a hotel for a
20 dancer?
21 **A. No. Not that I can remember, no.**
22 Q. I'll take you back to 2005. The vice
23 unit had received a thank-you letter from a
24 dancer that had stated that she worked at

Joseph Vaillancourt
11/13/2020

Page 34

1  Kahoots.  I just want to read you part of her
2  letter that she had sent to the vice unit, and I
3  want you to tell me if you have heard of this
4  person or if you agree or disagree with what she
5  wrote in her letter.
6       She said she began working at Kahoots in
7  2005, she had just graduated high school -- I'm
8  paraphrasing some of the letter, I will quote it
9  here in a second.  She said her parents threw
10  her out, I had no where to go, and Joe
11  Vaillancourt acted concerned and like he cared
12  about my situation.  He let me stay with him
13  briefly and paid for my hotel until I was able
14  to get my own place.
15       Does that ring any sort of bell for you?
16    **A.  No one -- I would sometimes help out**
17  **people financially.  If they needed a few bucks**
18  **to get a room, I would help them out, but no one**
19  **ever stayed with me.**
20    Q.  This next part I'll quote specifically
21  for you.  She says, During the month before I
22  saved up enough for an apartment rental, I was
23  obligated to do strange and gross favors for Joe
24  outside of work.  I am not a hooker and never

Page 35

1  slept with him, nor would I ever, but he would
2  make me beat his bare ass and testicles with a
3  plastic coat hanger while he called, Mama Bear.
4       Does that ring any sort of the bells?
5    **A.  No, nothing, that's never happened.**
6  **That sounds like something Jeremy Sokol would**
7  **say.**
8    Q.  I'll quote her, she said, On one
9  occasion he even made me give him an enema with
10  an entire bottle of Tabasco sauce mixed in the
11  water bag.  The fact that he's fired and I never
12  need to look at him again makes me feel like
13  that part of my life is officially over.
14       Does that ring any sort of the bells for
15  you?
16    **A.  No.  Never happened.**
17    Q.  I want to direct your attention to the
18  binder again.  If you could look at tab 6, I
19  believe.  Does it say Central Ohio Crime
20  Stoppers at the top?
21    **A.  Yes.**
22    Q.  Okay.  Very good.  This looks to be a
23  Crime Stoppers tip for law enforcement.  It was
24  created, I see on the side there it says June

Page 36

1  8th, 2017.  Were you employed at Kahoots during
2  this time?
3    **A.  Yes.**
4    Q.  Okay.  I'll give you a second to kind of
5  read through the narrative there.
6        (Pause in proceedings.)
7    Q.  Have you ever seen this Crime Stoppers
8  tip before?
9    **A.  No.**
10    Q.  Do you know who this day management Kyle
11  person that they're referring to is?
12    **A.  Yes.**
13    Q.  Who is that?
14    **A.  He was a security person.**
15    Q.  Did he manage during the day?
16    **A.  No.  Steve was the day manager.**
17    Q.  Any of the names that appear here, as
18  well, are you familiar with them, Kyli, Britney
19  or Marilyn?
20    **A.  They sound familiar but, you know, I've**
21  **had thousands of girls work there, so I can't**
22  **say.  And I never worked day shift, so I don't**
23  **know.**
24    Q.  The narrative here regarding

Page 37

1  prostitution taking place at the club, did you
2  agree or disagree with that?
3    **A.  I disagree.  Do you want me to explain?**
4    Q.  Sure.
5    **A.  Many times in this industry girls who**
6  **are struggling or not making money blame the**
7  **fact that maybe somebody else is doing something**
8  **more than what they're doing.  Sometimes it's**
9  **just they're bitter or they get into an argument**
10  **with somebody, or they think they can run the**
11  **club themselves by eliminating certain people**
12  **that are probably more successful than they are.**
13  **It's an industry thing that a lot of the times**
14  **the girls will say, I saw this, I saw this, I**
15  **saw that, you know, there are security people**
16  **there, managers there, and if that was ever**
17  **reported to the manager and he witnessed it,**
18  **they would be terminated.**
19        **So these are things that sometimes, I**
20  **don't know how they see it, you know, what are**
21  **they, walking around and taking a look and**
22  **watching what everybody does?  It just doesn't**
23  **happen.  There's a lot of gossip, there's a lot**
24  **of drama that people talk about.  It has to be**

Page 38

1  reported to the manager, the manager has to
2  witness it, see it, watch it on the camera,
3  something.
4        But a lot of times these girls were
5  bitter or angry at other girls, and they figured
6  if they said negative things about other people
7  or called them names, accused them of stuff,
8  that they would be terminated.  I wouldn't have
9  anybody working there if that was the case.  It
10 would have to be investigated to make sure
11 people aren't bringing up falsehoods or making
12 up stories about me, like the girl who made up
13 the story about me with crazy stuff like that.
14     Q.  Were these sorts of things, then, if it
15 was happening in the industry quite often, were
16 these things that were brought to your attention
17 at some point that you then had to do follow-ups
18 on?
19     A.  If a girl came to me and said, I think
20 this is happening, we would research it, we
21 would look into it, we would watch that
22 particular entertainer to make sure that it
23 wasn't a fact.
24     Q.  Were there times when you did confirm,

Page 39

1  indeed, that was happening in the club?
2     A.  No.
3     Q.  So there was never any sort of instances
4  where a girl came to you and said, you know,
5  so-and-so is prostituting or is, you know,
6  hooking up with patrons when she gives a private
7  dance and that sort of thing, you never
8  confirmed a scenario where that happened?
9     A.  I never saw that, that I saw happen like
10 that on the property, that someone reported to
11 me that happened on the property.
12     Q.  Mr. Vaillancourt, if you can flip to
13 number 9A in that binder.  It should say, State
14 of Ohio Liquor Control Commission.  It's a
15 notice of hearing.
16     A.  Yep.
17     Q.  Have you ever seen this document before?
18     A.  No.
19     Q.  The two violations that are noted in
20 there had occurred August 19th, 2017.  You were
21 employed at Kahoots on that date.  Correct?
22     A.  What was the date?
23     Q.  August 19th, 2017.
24     A.  And the time?

Page 40

1     Q.  I don't have the time.  It says on
2  Saturday.
3     A.  I was working that date.
4     Q.  Kahoots was your employer on that date.
5  Correct?
6     A.  Yes.
7     Q.  And the employee for the agent or the
8  individual noted is Shandyle Harrah.  Are you
9  familiar with her?
10     A.  No.
11     Q.  If you turn, you'll have to turn a few
12 pages, so bear with me, it says Ohio Department
13 of Public Safety Investigative Unit liquor
14 violation information at the top.
15     A.  Violation notice?
16     Q.  It says, liquor violation information at
17 the top.
18     A.  Okay.
19     Q.  Let me know when you're there.
20     A.  I think I'm there.
21     Q.  If you look in the middle, do you see
22 the Shandyle Harrah, her name and address, and
23 then in the middle there's also a box that says,
24 it's hard to read, but I think it says, Person

Page 41

1  in charge at time of violation, and I believe
2  that's your name, Joseph D. Vaillancourt, that
3  appears in the middle there.  Is that accurate?
4     A.  I guess so, yes.
5     Q.  So you would have been the general
6  manager at the time that this violation
7  occurred.  Correct?
8     A.  Yes.
9     Q.  If you flip back a page, it is kind of a
10 long narrative there.  Do you see that?  It
11 explains, essentially, what happened and why
12 there was a violation.  Did you see this
13 narrative?
14     A.  I believe so.
15     Q.  It starts, and again it's kind of a
16 longer narrative, it says, On August the 18th,
17 2017 Detective Whitt met with, and then it goes
18 on from there.  Are you there?
19     A.  August 11th, you said?
20     Q.  No.  It says, On August 18th, 2017,
21 Detective Whitt met with, and it's a long
22 narrative.  It was one page before the last page
23 we just looked at.
24           (Pause in proceedings.)

Joseph Vaillancourt
11/13/2020

Page 42

1    Q. Are you with me on the long narrative
2  here talking about Ms. Harrah's violation?
3    **A. Yes.**
4    Q. Okay. And again, do you recall this
5  night specifically or Ms. Harrah specifically?
6    **A. Yes, I do.**
7    Q. You do recall Ms. Harrah?
8    **A. I recall Malaysia.**
9    Q. So you knew her by Malaysia?
10   **A. Yeah.**
11   Q. Okay.
12   **A. I don't know their real names, to be**
13 **honest with you. Contractually, I only use**
14 **their dancer names.**
15   Q. So you do remember Malaysia, who was a
16 dancer at Kahoots. Correct?
17   **A. Yes.**
18   Q. The allegations in here, and you can
19 take a second to read the narrative, if you
20 would like, the detectives had essentially
21 agreed to meet Ms. Harrah at the Varsity and she
22 had agreed it would cost $300 each, and they
23 talk about kind of what they're going to do with
24 Malaysia.

Page 43

1       You testified earlier that you don't
2  know of any sort of sex acts that were occurring
3  between patrons and dancers, but here we have a
4  night that you were general manager, and one of
5  the dancers was cited for improper sexual
6  activity at the club. Is that correct?
7       MR. KEYES: Just note my objection to
8  form.
9    **A. There was no sex.**
10 BY MR. GREEN:
11   Q. So there was no sex, but there was --
12   **A. Solicitation.**
13   Q. -- solicitation?
14   **A. Correct. That was conversation, yes.**
15   Q. So you agree, then, that that was
16 occurring at Kahoots. Correct?
17   **A. Yes.**
18   Q. I want to turn to -- so that violation
19 was noted August 19, 2017. Let's move to 9M.
20   **A. Yep.**
21   Q. We have another notice from the Liquor
22 Control Commission, notice of hearing. Again,
23 have you ever seen this document before?
24   **A. No.**

Page 44

1    Q. This is an additional violation similar
2  to the one we just looked at. It looks like it
3  occurred Friday, September 29th, 2017. You were
4  employed at Kahoots during that timeframe.
5  Correct?
6    **A. Yes.**
7    Q. And again, if you flip to the 7th page
8  there it says, Liquor violation information at
9  the top. In the middle it has the name of the
10 individual that was charged, Danielle L.
11 Calderon. Are you familiar with her?
12   **A. I don't know her name, but I'm sure she**
13 **worked at Kahoots. As I said, I only know their**
14 **dancing name.**
15   Q. Underneath there it's person in charge
16 at that time of the violation, and that is your
17 name again, Joseph D. Vaillancourt?
18   **A. Yes.**
19   Q. So you were present the night this
20 violation was issued. Correct?
21   **A. Correct.**
22   Q. If you turn another page and then the
23 page after that, so turn two pages, again, we
24 have another smaller narrative here. This time,

Page 45

1  it looks as though the dancer's name was Ella.
2  Does that name ring a bell to you?
3    **A. What was it?**
4    Q. Ella.
5    **A. I can't say for sure, but I'm sure she**
6  **worked there, but I can't -- can I make a**
7  **statement?**
8    Q. Say that again?
9    **A. I would like to say something.**
10   Q. Go ahead.
11   **A. These are all under Senate Bill 16 which**
12 **was, by the city and the city attorney, found**
13 **unconstitutional. All these charges were**
14 **dismissed. Illegal sexual activity is dancing**
15 **without a pasty. It's not having sex inside the**
16 **nightclub, it's someone that dances without a**
17 **pasty. That's what it explains here. That's**
18 **what it's saying.**
19   Q. Would --
20   **A. That's what Senate Bill 16 is.**
21   Q. I'm sorry. I'll let you finish, I
22 promise, if you let me finish.
23   **A. Okay. I'm just saying, I don't see, you**
24 **know, the Malaysia thing, that was solicitation,**

**Page 46**

1 she had made a statement, and she never had her
2 day in court. The other charges that were
3 sexually-orientated business were, as far as I
4 know, from what I can see here, correct me if
5 I'm wrong, were for contact without pasties or
6 without wearing a pasty after the hours of
7 midnight.
8        Back in 2007 or 2008, Governor Kasich
9 said not to enforce Senate Bill 16 because it's
10 unconstitutional. But we stayed wearing
11 pasties, and we operated that way. At this
12 point, when these came up, they did many
13 investigations into the nightclub, and this is
14 what they came up with. Over 13, 14 years
15 there, you have got some girls that weren't
16 wearing pasties. And they had their day in
17 court and the city decided to turn it around
18 when it was unconstitutional. So I don't know,
19 these don't make any sense to me, they don't
20 apply. The city attorney turned them off. Am I
21 right?
22     Q. So is it your testimony that when these
23 violations were being issued the law was
24 unconstitutional at that time, or it was later

**Page 47**

1 ruled unconstitutional? I'm confused as to what
2 your testimony is.
3     A. I was under the estimation -- I was
4 under the assumption that Senate Bill 16 was not
5 being enforced because in those number of years
6 they felt it was unconstitutional. And they
7 were told not to, from what I understand,
8 enforce the Senate Bill 16.
9     Q. Who is "they"?
10     A. There was a state-wide organization
11 called BACE, which oversees the laws and so on
12 throughout the state in the adult business.
13     Q. So BACE, in your estimation -- or your
14 testimony is BACE has enforcement authority?
15     A. No. They had interpretation of Senate
16 Bill 16, which was not being enforced because
17 they didn't want to get into the legal mumbo
18 jumbo of enforcing Senate Bill 16, so it hadn't
19 been from maybe a month after Senate Bill 16
20 went into effect.
21     Q. So a month after Senate Bill 16 went
22 into effect the law was never enforced?
23     A. Not that I can remember. No. Not that
24 often. I mean, I could be wrong, but it

**Page 48**

1 wasn't -- you know, I don't know. It was
2 certain towns and townships could enforce it or
3 not enforce it. It was not coming from Liquor
4 Control. It was a city -- it was a state law
5 that was left up to the individual townships and
6 cities if they wanted to enforce and if they
7 wanted to use Senate Bill 16. It was always
8 kind of a gray area. None of us really
9 understood what was going on. None of us really
10 understood it.
11     Q. It was a valid state law. I think we
12 both agree there --
13     A. It was a valid state law.
14     Q. -- correct?
15     A. Correct. Which is no longer in effect.
16 Are we there? Are we correct with that?
17     Q. Is that your opinion?
18     A. Well, everyone's charges were dismissed.
19 In my case that I pled guilty to, the city
20 attorney reopened the case and discharged it. I
21 was the only manager in the entire state that's
22 ever been charged with that ruling, and it was
23 done to force me out of my job. I have 30 years
24 in this industry, and it's a reputable industry,

**Page 49**

1 and I represented myself in the highest form
2 that I could. I'm an honest individual. I
3 think that some of the things that are being
4 said here are totally unfair and are lies. This
5 is what they have to do to try to discredit me.
6 I was very fair to people. I did a lot of
7 things for a lot of people.
8        That one woman that we talked about that
9 I became personally in a friendship with, Alisa,
10 I married her. And I talked to the owner and I
11 said, I want to help her out. We have a
12 platonic relationship. I never laid a hand on
13 her, but I wanted to help her out. She was an
14 immigrant, she needed help. I cared about her.
15 We are very, very friendly. She was a great
16 friend for me, a great companion. And once we
17 started into that friendship, she no longer -- I
18 didn't want her to work at the nightclub. But
19 she went on to get her citizenship.
20        We brought her mom here, her mom has a
21 green card. I sponsored her mom. I'm not
22 saying that I'm any special human being, but I
23 wanted to help this person out. And I helped a
24 lot of people out. So I take offense at people,

Page 50

1  like these girls making up stories like this for
2  what reason? To try to discredit me. There's
3  no proof of that. It shouldn't be written on a
4  piece of paper. It's appalling. It's a sick
5  thing. I wouldn't have survived 30 years in
6  this industry if I was anything like that.
7  There are very few managers in this business
8  that can say they've lasted that many years in
9  this business. I don't drink. I don't do
10 drugs. I don't run around with the dancers. I
11 don't go bowling with a staff member.
12      So there was a lot of confusion about
13 Senate Bill 16 in this state. And it's not fair
14 to the club owners, not fair to people that work
15 here. On October 19th, I think, or 18th,
16 whenever it was that those citations were
17 written, I worked that night, that was a
18 Halloween party. Detective Rosser wrote eight
19 or nine citations on that one night all for the
20 same thing. What was he trying to do? How many
21 lap dances does this guy have to get, really, in
22 one day? I mean, I think it's been found out
23 under the federal investigation that this isn't
24 a good officer and what he was doing was wrong

Page 51

1  and he was setting people up.
2      Jeremy Sokol was a rat. He forced Joe
3  Sullo to put this bad guy back into the night
4  club. Because Joe was afraid of losing the
5  nightclub, he don't want Jeremy in there. The
6  day Joe Sullo told me what Rosser said to him,
7  Joe's response to Rosser was that I would rather
8  lock the doors than bring that guy back in here.
9  Why would an owner want to bring in somebody who
10 stole and sold drugs?
11      So I appreciate you giving me the time
12 to make my statement. I have to use the
13 restroom, if you don't mind. Can I take a
14 break?
15      MR. GREEN: Sure, we can take five,
16 that's absolutely fine.
17          (Recess taken.)
18 BY MR. GREEN:
19  Q. Mr. Vaillancourt, I want to clarify a
20 couple things. You were talking for a minute
21 and you lost me, I want to be sure I'm clear.
22      The platonic relationship that you had
23 referenced, is that now your wife?
24  A. Yes.

Page 52

1  Q. Okay. That's Alisa?
2  A. Yes.
3  Q. You said she was an immigrant. Correct?
4  A. She was, yes.
5  Q. Did you say that you married her so that
6  she could obtain a green card?
7  A. I married her because I cared about her
8  and wanted to help her. I loved her.
9  Q. Okay. When you said you wanted to help
10 her, what do you mean by that?
11  A. She wanted to stay here in the United
12 States.
13  Q. Okay. So you married her so she could
14 become a U.S. citizen?
15  A. That wasn't the only reason.
16  Q. That was one of the reasons, though?
17  A. That was -- yes.
18  Q. Thank you for clarifying that.
19  A. Yep.
20  Q. Some of the employees you worked with at
21 Kahoots, I want to cover a few of them and give
22 me their duties and responsibilities. I think
23 we talked about Steve Kessler. He was the day
24 manager and kind of the accounting person. Is

Page 53

1  that accurate?
2  A. Yes.
3  Q. Are you aware of any illegal activity
4  that Steve Kessler was involved in while he was
5  at Kahoots?
6  A. No.
7  Q. Chris Jobin, what was his role at
8  Kahoots?
9  A. When I met Chris, he had worked there as
10 a floorman for a number of years and was
11 unemployed at the time I was hired. A short
12 time after that, I hired him as a manager.
13  Q. Were you aware of any illegal activity
14 that Chris Jobin was involved in at Kahoots?
15  A. None.
16  Q. Travis Brand, who is that?
17  A. He was my assistant manager.
18  Q. Are you aware of any sort of illegal
19 activity that Travis Brand was involved in?
20  A. No, none.
21  Q. Kyle Koch, K-O-C-H, who is that?
22  A. He was a floorman.
23  Q. Are you aware of any sort of illegal
24 activity that Kyle was involved in at Kahoots?

Page 54

1    A. Not while he worked with me.
2    Q. What about when he didn't work with you?
3    A. I have no evidence. I heard certain
4    things, but I have -- I can't say.
5    Q. You have no personal knowledge of --
6    A. I have no personal knowledge, I just
7    hear things.
8    Q. It was just rumors --
9    A. Rumors about Kyle, stuff that was going
10   on after I had left the club, after I was gone.
11   Q. Was that while Kyle was still employed
12   at Kahoots?
13   A. Yes.
14   Q. Again, those were rumors about drug
15   sales?
16   A. Yes.
17   Q. I think we covered Jeremy Sokol, for the
18   most part. Did you terminate Jeremy Sokol?
19   A. Yes.
20   Q. When exactly did you terminate him?
21   A. Sometime in October of 2018, I believe,
22   if I can remember. End of September, beginning
23   of September, something like that.
24   Q. And again, your reasoning for

Page 55

1    termination of Mr. Sokol was someone presented
2    you a bag of marijuana and said it's Jeremy's.
3    Is that accurate?
4    A. That and falsifying information on a
5    credit card, entering gratuities and falsifying
6    a name. Also, he was witnessed by the bartender
7    weighing out a big bag of marijuana on the
8    kitchen scale.
9    Q. Regarding the credit card, did you
10   witness that, or did another employee witness
11   that, how did you get knowledge of that?
12   A. It was called in by the customer, so we
13   researched it and pulled it up and saw that, you
14   know, that the customer was denying that he
15   wrote those gratuities in. So we could see that
16   wasn't his signature and that the tips -- that
17   was the night Jeremy was working, and he had
18   control of that man's receipts and was entering
19   it on his own.
20   Q. What about Greg Flag, who is Greg Flag?
21   A. Greg Flag works for BACE. He's the
22   executive director of BACE.
23   Q. What is his role with respect to
24   Kahoots?

Page 56

1    A. Nothing really, he just works for BACE.
2    I think he sells some clothing from time to
3    time. He had dancewear that he sold there, as
4    well.
5    Q. Were you working with Mr. Flag at any
6    point in time to learn information about the
7    investigation that was going on into Kahoots?
8    A. No.
9    Q. How about any bartenders, did you have
10   any main bartenders that worked there throughout
11   the course of your employment that would have
12   knowledge about some of the things that were
13   going on at Kahoots?
14   A. What things?
15   Q. Just the things that we've been talking
16   about today.
17   A. No. They wouldn't know if someone had a
18   pasty on or not. I mean, it wasn't, you know --
19   that's what you got at Kahoots. You don't have
20   any drug use, you don't have any prostitution
21   going on there, you have got a bunch of
22   citations that are for Senate Bill 16 for sexual
23   activity after midnight, because they didn't
24   have a pasty on and they never got their day in

Page 57

1    court. They wouldn't know that. They were
2    bartenders. They had nothing to do with the
3    dancers.
4    Q. Going back to Greg Flag for just a
5    second, what sort of consultations did you have
6    with Mr. Flag, if any?
7    A. Most of the time it was just about
8    general stuff about business. He was a friend.
9    I was also vice president of BACE, the state
10   organization. So we would talk about business
11   and trends happening in the business and stuff
12   like that.
13   Q. Regarding the ownership and talking
14   about Michael Grant, Joe Sullo, how involved
15   were they in the day-to-day of the club?
16   A. I didn't see the Grants that often.
17   They live in Connecticut, and Joe lives in
18   Connecticut. Joe would come up once a month or
19   we would talk on the phone a few times
20   throughout the month. That's about it.
21   Q. So is it fair to say they essentially
22   entrusted the club to you to operate through the
23   day-to-day?
24   A. For the day-to-day operations, yes. Joe

Page 58

1 did a lot of communication with Steve. I work
2 nights. Joe was a day guy. He had businesses
3 and so forth in Connecticut, so a lot of times
4 he would communicate with Steve about numbers
5 and other situations. And by the time I got in,
6 Joe had called it a night, was home and sitting
7 with his family.
8 Q. I want to talk specifically now about
9 your interactions with Officers Rosser and/or
10 Lancaster, if any. Did you have any direct
11 communication with Officer Rosser?
12 A. Just on the night that he came in on the
13 NAG investigation.
14 Q. I think you said that was in October.
15 A. Yeah, it was somewhere around there, I
16 forget. Somewhere around there, yeah.
17 Q. What was the nature of your
18 communication with him?
19 A. He came back to the office. He walked
20 in with a bunch of other officers in a NAG
21 investigation. And what you do is shut
22 everything down, the customers leave. It was
23 early in the evening. He asked everyone for
24 their ID's and information. They had officers

Page 59

1 walking around the club looking at stuff, going
2 downstairs in the dressing room. My turn came
3 up, he asked me my name. He was under disguise,
4 he had a mask on. I gave him my ID. He asked
5 me my name and address, and I gave it to him.
6 And he said, fine, that's it, then he left. I
7 said, was there anything? He goes, no. He came
8 back in, they all left. Lancaster was still in
9 the office with Travis, and they came back, he
10 came back in looking for Detective Lancaster.
11 They were in my office.
12 So we walked down to the office. And
13 that's the only communication that I had with
14 Rosser at that point when he asked me about
15 Jeremy. I said to him, I said, this is a bad
16 guy. And he goes, yeah, I know, I know Jeremy
17 is a bad guy. I said, I heard he's going to try
18 to get over at Vanity. Detective Rosser said,
19 no, I already talked to Abe. So he's
20 communicating with Abe, who is the owner of
21 Vanity. We shook hands.
22 He said, I'm going to make sure this
23 guy, Jeremy Sokol, never works in this business
24 again. And I felt good about that. Jeremy

Page 60

1 Sokol is a scumbag. All right? He's a habitual
2 liar. He's a bad guy. I should have never
3 hired him. It's the biggest mistake I made in
4 that club in the 14 years I was there, was
5 hiring that fool. I paid the price for it. I'm
6 sitting here now listening to stories about
7 enemas and all sorts of crap and phony stories.
8 My career ended. I didn't do anything wrong. I
9 tried to run a good nightclub. The city here
10 had problems with enforcing certain rules we
11 weren't clear on, and I never allowed anything
12 bad to happen inside that nightclub, and if it
13 did, they were removed.
14 I made that clear to Rosser that
15 evening, as well. He knew who I was. He knew
16 what type of manager I was. He's been in these
17 other nightclubs. He told me that if I ever
18 found that if I hear anything about Jeremy to
19 let him know and he was going to put Jeremy out
20 of business. So I was pretty surprised when,
21 you know, Joe Sullo comes into town. And on
22 that day Detective Rosser, I believe, was
23 talking to Steve in the morning or in the
24 afternoon in the club in the office, and when

Page 61

1 Joe Sullo came in Joe asked Steve who was on the
2 phone. Steve said, it's Detective Rosser, he
3 wants this information about certain dancers and
4 Joe said, let me talk to him. That's when
5 Detective Rosser told him to get rid of me and
6 bring Jeremy Sokol back.
7 This guy just told me he was a bad guy
8 and he was going to put this Jeremy Sokol out of
9 the industry, and now he wants to bring him back
10 into the nightclub. Sullo was confused. He's
11 from Connecticut/New York, he said, I have never
12 been hustled that way even from wise guys. The
13 guy is threatening me, I don't know what to do.
14 It was confusing to me.
15 Q. Was that your only communication with
16 Officer Rosser, was that night?
17 A. Yes.
18 Q. What about Officer Lancaster, any
19 communication with him at any point?
20 A. No.
21 Q. Did you ever observe Officer Rosser or
22 Officer Lancaster doing anything illegal or
23 improper at Kahoots?
24 A. I didn't know who they were. No.

Page 62

1    Q. So you never knew any sort of
2 information about Officer Rosser or Officer
3 Lancaster that they were, you know, meeting up
4 with girls or doing any sort of drugs at the
5 club or anything like that?
6    **A. I'm not in that line of communication.**
7 **I never heard anything. I did my job and I went**
8 **home.**
9    Q. Were you aware of the recommendations
10 that Officer Rosser and Officer Lancaster were
11 making to the attorney at Kahoots, Dave Raber,
12 and ownership about improving the way that
13 Kahoots was running?
14    **A. I never had any contact with -- I never**
15 **spoke to Dave Raber or any of those people.**
16    Q. So you have no knowledge about the
17 recommendations made by Rosser and Lancaster?
18    **A. I think I was gone at that point.**
19    Q. I want to talk about Senate Bill 16, I
20 call it Ohio's no-touch law. I think we agreed
21 earlier that it was a valid law in Ohio when you
22 were employed at Kahoots. Correct?
23    **A. Correct.**
24    Q. And you knew that. Correct?

Page 63

1    **A. Correct.**
2    Q. How did management go about implementing
3 this law at Kahoots?
4    **A. We made sure that everybody had the**
5 **proper costumes and had pasties. We would**
6 **supply the material that the girls would wear to**
7 **cover themselves up with. We would train floor**
8 **hosts to make sure that the proper things were**
9 **going on.**
10    Q. So you informed the dancers regarding
11 the law. Correct?
12    **A. Correct.**
13    Q. Turn to tab 3 in that binder. Do you
14 see the document that says, Attention every
15 entertainer?
16    **A. I see it. I read it.**
17    Q. Are you familiar with this? It looks
18 like a photo of a sign. Are you familiar with
19 this?
20    **A. Not particularly. I mean, there was a**
21 **lot of stuff on the walls; rules, regulations,**
22 **stuff like that. I don't remember this one in**
23 **particular. But there were rules about proper**
24 **conduct and how to -- what you had to be wearing**

Page 64

1 and so on and what you could say to customers
2 and what you can't say to customers and so on.
3    Q. You don't remember whether or not you
4 created this document?
5    **A. I didn't create it, no.**
6    Q. If someone was going to create it, who
7 would have been the person to create this?
8    **A. Steve did a lot of that work, but I**
9 **can't say that he did this. But Steve had the**
10 **writing ability, I didn't.**
11    Q. What was the purpose behind a sign like
12 this at Kahoots?
13    **A. I think that sometimes you wanted the**
14 **dancer not to make up phony stories about, you**
15 **know, meeting somebody or doing something to**
16 **sell a dance, you know. The customers would**
17 **come in, hey, can you meet me after work, can we**
18 **go bowling, can we go have a drink, can you come**
19 **to my house. And sometimes they would just go**
20 **along with it because they want to sell a dance.**
21    **We have security in the parking lot, no**
22 **one -- we have a list of the dancers, how they**
23 **get there, the vehicle they came in or the ride.**
24 **No one ever left that property -- no one was**

Page 65

1 allowed to leave in anybody else's car than the
2 one they came in. If somebody did, they would
3 be terminated. So we were very tight on that.
4 I think they were just explaining -- these were
5 young kids, they don't know what to do. They
6 come in and they're trying to sell a dance, the
7 customers are probably trying to lead them on to
8 something more.
9    We just wanted to keep it fantasy and
10 not a reality. But it's conversation, but it's
11 just a fantasy, there's nothing going on.
12    Q. Can you flip to tab 4? It's titled,
13 Kahoots charges. Have you ever seen this
14 document before?
15    **A. No.**
16    Q. Do you recognize any of the names on
17 this document?
18    **A. Yeah, my name.**
19    Q. What about any of the other names?
20    **A. There's a couple that I know.**
21    Q. But again, you don't know -- when it
22 says Kahoots charges, you don't know what that
23 means?
24    **A. I think -- to be honest with you, I**

Page 66

1 think this was published by Greg Flag in his
2 magazine.
3    Q.  Which magazine?
4    A.  What's it called?  It goes around to all
5 the nightclubs.  It's a nightclub magazine.  I
6 forget what it's called.  It's put out by Greg
7 Flag.
8    Q.  Again, if you know, the charges
9 referenced in here, is this the Revised Code
10 section that's 2907.40, Ohio's no-touch law for
11 the Community Defense Act?
12    A.  Yes.
13    Q.  Again, you said management informed the
14 employees and the dancers about this law.
15 Correct?
16    A.  The dancers.
17    Q.  The dancers, yeah.  So you talked to the
18 dancers about --
19    A.  Well, yeah, a lot of the dancers worked
20 at other nightclubs, they know the rules, and
21 they come in and make sure, when we interview
22 them we go over everything.
23    Q.  What was your role, as far as
24 determining that dancers and the patrons were

Page 67

1 complying with 2907.40?
2    A.  Could you say that again?
3    Q.  What was your role as general manager in
4 determining that the dancers and patrons were
5 complying with Ohio's no-touch law?
6    A.  To make sure that it's being enforced.
7    Q.  How did you go about doing that?
8    A.  You watch the girls on stage, you know,
9 you hire the right types of people, you think
10 you're doing the right thing, you have security
11 people.  I don't watch every dance that took
12 place.  I'm on the floor.  There's a lot of
13 things that I have to do.  We didn't have
14 problems.  If there was a problem, you could
15 sense there was a problem, you could sense if
16 there was a girl that you had an issue with, or
17 you could tell that she wasn't abiding by
18 things, you know.  It's hard to -- it's a very
19 difficult thing to watch if they're not facing
20 you, the room is dark, they take a pasty off.
21 It's hard to see sometimes, it's hard to catch.
22 But I relied on security people to observe that.
23 And they strolled the areas where the private
24 dances were, and they would watch and make sure

Page 68

1 everybody was doing the right thing.  You have a
2 handful of people out of hundreds of people that
3 worked at the nightclub over a period of -- I
4 was there 14 years.  All these citations came up
5 in one month or two months, when Jeremy Sokol
6 was there.
7    Q.  During the course of your time, did you
8 keep any sort of personal records or notes,
9 journals, diaries, about your time at Kahoots?
10    A.  No.
11    Q.  Did you take any photographs?
12    A.  No.  I barely know how my cell phone
13 works.
14    Q.  Any employees that we haven't talked
15 about today that you think would be a key
16 employee that would be a good person to talk to
17 that would have some more information?
18    A.  Not that I can think of.
19       MR. GREEN:  I don't have any more
20 questions at the moment.
21       THE WITNESS:  Well, you know, to answer
22 your question, I think there's a lot of
23 employees, a lot of dancers that have worked for
24 me over the years.  And I can't -- you know, it

Page 69

1 doesn't really matter at this point, but you
2 don't want those types of people.  You want the
3 people that make up phony statements and
4 statements like that.  So I'm not going to get
5 anybody else involved in this.
6       MR. GREEN:  Thank you.  Some of the
7 other attorneys on the call may have some
8 questions for you, so I will let them go ahead
9 now.
10       EXAMINATION
11 BY MS. NOBLE:
12    Q.  Good afternoon, Mr. Vaillancourt.  My
13 name is Andria Noble, and I represent the city
14 of Columbus.  Would you prefer that I call you
15 Joe, Joseph or Mr. Vaillancourt?
16    A.  Joe is good.
17    Q.  Okay.  When you received your notice of
18 the deposition, did you do anything to prepare
19 for your deposition today?
20    A.  No.
21    Q.  Did you review any documents?
22    A.  No.
23    Q.  Did you speak to anyone about it?
24    A.  Steve Kessler called me and I said,

Joseph Vaillancourt
11/13/2020

Page 70

1  yeah, that's the only person I spoke to.
2  Q.  When you spoke to Steve Kessler about
3  it, what was your conversation about?
4  A.  Just about what time he was going.  He
5  got the notice before I did.  Generally, after
6  that he was asking me about my health, how I was
7  doing and personal things, nothing about the
8  club.
9  Q.  Aside from just saying I have it on X
10  date at this time, you did not speak about the
11  substance of your testimony today?
12  A.  No.
13  Q.  Okay.  You indicated that you started
14  working at Kahoots in December of 2015 and you
15  were the general manager --
16  A.  2005.
17  Q.  2005.  I wrote that down and I said it
18  wrong, so thank you for correcting me.
19  A.  Okay.
20  Q.  You were the general manager the whole
21  time; is that correct?
22  A.  Yep.
23  Q.  What did you do to get your job?
24  A.  I interviewed with Joe Sullo.  I was

Page 71

1  living at the time in the Boston area working
2  out there.  He was -- Joe was building a club in
3  New York, a brand-new nightclub in Manhattan.  I
4  interviewed for that position and I was hired
5  for that position.  But he was not happy with
6  the general manager that he had here in Columbus
7  and wanted to know if I would prefer to come to
8  Columbus.  That was fine for me.  I really
9  wasn't looking forward to moving to New York
10  City at my age.  Maybe if I was younger it would
11  have been a lot of fun, but it's a lot of work,
12  and I prefer smaller clubs and smaller venues.
13  We flew out here, I saw the club, and we made a
14  deal and I came to work.
15  Q.  Did you ever start working at that club
16  in New York or no?
17  A.  No.  It was never even -- no.
18  Q.  Did you know Joe Sullo before you
19  interviewed for that job in New York?
20  A.  No.
21  Q.  How did you get to applying for that job
22  in New York?
23  A.  He knew a man that I worked for for a
24  number of years in Rhode Island.  They were very

Page 72

1  good friends.  And I have a very good
2  reputation.  So Joe was looking for someone of
3  quality, and this man that I worked for who had
4  been in the business for a number of years, 30
5  years, was a well-respected business owner.  And
6  Joe came to him and said, hey, I'm looking for
7  somebody.  And at the time I was available, and
8  that's how I met Joe, through a guy I worked for
9  that was a mutual friend of Joe and myself.
10  Q.  You were involved in the hiring and
11  firing of employees while you were working
12  there; is that correct?
13  A.  Along with other managers, yes.
14  Q.  What type of interview process did you
15  have for employees?
16  A.  Pretty much, we would talk about their
17  history, their work experience, where they're
18  from, what's going on in their life, so I could
19  get a pretty good feel of what type of person
20  they were.
21  Q.  What was the interview process like for
22  dancers?
23  A.  The same.
24  Q.  Did they ever have to audition in order

Page 73

1  to get a time slot?
2  A.  I very rarely did auditions, very
3  rarely.  I mean, I could tell by looking at
4  somebody if they were attractive.  But what was
5  important to me was their personality and if
6  they looked good, if they looked bright, if they
7  weren't coming in looking strung out from
8  drinking, dressed properly, looked healthy.
9  Through that process, I could pick out fresh --
10  a lot of times where they worked, if they worked
11  before, if they didn't work before, if this is
12  the first time they're walking into the club,
13  why they want this type of job, are they going
14  to school, do they need to pay tuition, do they
15  have kids.  It was getting to know somebody, and
16  I wanted them to get to know me, as well.
17  Q.  You indicated you were a salaried
18  employee?
19  A.  Yes.
20  Q.  Who were you paid by, the company or the
21  dancers?
22  A.  The company.
23  Q.  Were you paid in cash or check?
24  A.  Check.

Page 74

1    Q. How frequently were you paid?
2    **A. Once a week.**
3    Q. I'm sure your compensation likely
4  changed over the course of 14 years, but do you
5  recall what you were paid at the end of your
6  time there?
7    **A. The same amount of money from day one.**
8  **I never got a pay raise.**
9    Q. Okay. What was that amount?
10   **A. I never got a pay raise, I never asked**
11 **for one. I was happy with what I was making.**
12   Q. What was your salary?
13   **A. $1,500 a week.**
14   Q. Thank you. Can you tell me all of the
15 different positions of people that worked at
16 Kahoots, whether they were employees or
17 independent contractors?
18   **A. What do you mean?**
19   Q. Like, I know there's dancers and servers
20 and hostesses and bartenders and managers.
21 There might be other positions that I'm unaware
22 of. So if you could, give me all the different
23 types of positions in the club.
24   **A. Other than there's a guy that works in**

Page 75

1  **the bathroom. He doesn't work for me. It's a**
2  **gentlemen's club, we have a guy that works in**
3  **the bathroom that hands out soap and colognes**
4  **and gum and candies. Other than that, you have**
5  **servers, bartenders, hostesses, kitchen staff.**
6  **So you had cooks, security people, you had DJs,**
7  **you had a house mom, and you had dancers, and we**
8  **had a promotional person from time to time.**
9    Q. Okay. Were the -- I'm going to try to
10 get this right. The DJ and the house mom, were
11 they paid by the company or were they paid by
12 the dancers?
13   **A. They were paid by the dancers.**
14   Q. Do you know how much they were paid?
15   **A. No. There's a minimum tip-out, but that**
16 **was up to the dancers.**
17   Q. Okay.
18   **A. If they didn't have money, then they**
19 **worked that out with the house mom and DJ. I**
20 **didn't get involved -- managers didn't get**
21 **involved with their tip-outs.**
22   Q. Okay. Did security get tipped by the
23 dancers?
24   **A. There was no mandatory tip-out for**

Page 76

1  **dancers to security people, so no, they didn't**
2  **get any tip-out.**
3    Q. Okay. Was security paid by Kahoots?
4    **A. Yes.**
5    Q. Were the servers paid by Kahoots?
6    **A. Yes.**
7    Q. And the bartender?
8    **A. Yes.**
9    Q. And the hostess?
10   **A. Yes.**
11   Q. Were all of those people paid by cash or
12 check?
13   **A. All check.**
14   Q. Were they paid weekly --
15   **A. Yes.**
16   Q. -- as well?
17   **A. Yes, through a payroll company.**
18   Q. Did Kahoots pay the dancers at all?
19   **A. No.**
20   Q. Was the club paid by the dancers?
21   **A. They paid a rental fee, house fee.**
22   Q. Do you know what that rental fee was?
23   **A. It was based on shift time and the time**
24 **of arrival. So it would range anywhere from,**

Page 77

1  **like, $10 to $30.**
2    Q. Did they have to pay Kahoots if they did
3  any private dances?
4    **A. The club collected -- they didn't pay,**
5  **the club collected money for the use of that**
6  **space. Do you follow me?**
7    Q. I'm going to ask a follow-up question,
8  because I don't.
9    **A. Okay.**
10   Q. Did the patrons pay the club and then
11 the club paid out the dancers, or did the
12 patrons pay the dancers and then the dancers
13 paid the club?
14   **A. Either/or. The dance was $30. So if**
15 **the customer gave the $30 to the floor security**
16 **person in that area, he would pay the club $10,**
17 **because the club is renting that space for $10**
18 **per dance. The dancer collects $20 per dance.**
19 **If the customer gives the money to the dancer,**
20 **she gives the $10 to the floorman for the club,**
21 **and she keeps her $20.**
22   Q. Thank you for that explanation.
23   **A. Yeah.**
24   Q. From my understanding, there's, like, a

Page 78

1 VIP or a champagne room; is that correct?
2 **A. Correct.**
3 Q. Do you recall the price that that was?
4 **A. I believe it was $250 a half hour.**
5 Q. How much of that $250 went to the club
6 and how much went to the dancer?
7 **A. $150 to the dancer and $100 to the club.**
8 Q. Okay. Did you or anyone else at Kahoots
9 give dancers receipts at the end of the night
10 indicating how much they paid the club for that
11 night?
12 **A. The only thing they paid the club for**
13 **was their house fee.**
14 Q. I mean the rental fee and then also any
15 time they had a dance. Correct?
16 **A. That's not their money. The $250, out**
17 **of that the only money that was theirs was the**
18 **$150. The $100 isn't theirs, it's the**
19 **nightclub's. So they weren't paying the club**
20 **the money.**
21 Q. Did you give the dancers a receipt for
22 their house fees?
23 **A. No.**
24 Q. You and Chris talked about Greg Flag.

Page 79

1 I'm going to ask some more questions about him.
2 What exactly is BACE?
3 **A. BACE is a state-wide organization that**
4 **belongs to a national organization called ACE.**
5 **It's just a representation of the adult**
6 **nightclub industry and it covers everything from**
7 **friends to software to managing to Facebooks to**
8 **all sorts of things. So everything that has to**
9 **do with adult nightclubs and the day-to-day**
10 **operation comes under BACE. It's also -- they**
11 **also have representation that oversees certain**
12 **state laws, depending on what's going on, and**
13 **keeping the club owners updated as to trends**
14 **that are happening nationally.**
15 Q. Okay. They are not an actual arm of the
16 State of Ohio; is that correct?
17 **A. No. I don't think they're actually**
18 **functioning right now. For many years -- it's**
19 **the Buckeye Association of Club Owners,**
20 **something like that is what that is.**
21 Q. Okay. Did Kahoots ever pay Greg Flag
22 for anything?
23 **A. We used to buy some of the pasty tape**
24 **from him, and we advertised in his magazine.**

Page 80

1 Q. You indicated that you also used to be,
2 I think, a V.P. of BACE; is that correct?
3 **A. Yes.**
4 Q. At that time, was Greg Flag also working
5 with BACE at the same time?
6 **A. Not in the beginning when I was there,**
7 **but most of the time he was there, yeah.**
8 Q. Okay. Would you say that you have a
9 good relationship with him?
10 **A. Yep, I think.**
11 Q. Did you meet with him on property?
12 **A. Just on property.**
13 Q. Based on the timeline -- I think I know
14 this answer, but I want to hear it from you --
15 were you involved in the decision to sell the
16 location?
17 **A. No.**
18 Q. I want to start talking about Jeremy
19 Sokol.
20 **A. Beautiful.**
21 Q. Did you ever witness him committing a
22 crime?
23 **A. Yes.**
24 Q. What crime did you personally witness

Page 81

1 him commit?
2 **A. Taking a bet. He took a bet from**
3 **somebody. He was taking bets and putting them**
4 **through a bookie.**
5 Q. When did this occur?
6 **A. I don't remember.**
7 Q. Did you write it down anywhere?
8 **A. I don't believe so, no. I confronted**
9 **him.**
10 Q. Did you report it to the Columbus Police
11 Department?
12 **A. No, I did not. He worked for the**
13 **Columbus Police Department.**
14 Q. You still didn't report it, did you?
15 **A. No, I didn't.**
16 Q. You indicated he was forging credit card
17 slips. Did you report that to the Columbus
18 Police Department?
19 **A. It was under investigation while I was**
20 **there, so I reported it to Detective Rosser.**
21 Q. But that wasn't at the time that you
22 found out about it?
23 **A. It was right about the same time.**
24 Q. Okay. So --

Page 82

1    A. It was a few days.
2    Q. Okay. If you could let me finish my
3  question --
4    A. I'm sorry.
5    Q. -- before answering, it would make it
6  much cleaner for the court reporter. I'm sure
7  she would really appreciate it.
8       Did Mr. Sokol have access to the machine
9  to run credit card slips?
10    A. Yes.
11    Q. What was his position at the time of the
12  alleged forging of credit card slips?
13    A. He was what they call a VIP host. He
14  ran and oversaw the rooms in the champagne area,
15  the VIP area, those rooms.
16    Q. In that position, did he have, like, his
17  own credit card machine back there?
18    A. It was a mobile, personal, like a
19  hand-held credit card machine, yes.
20    Q. Did they have a credit card machine like
21  that by wherever the private dancing booths
22  were, too?
23    A. No.
24    Q. So if somebody wanted to pay for a

Page 83

1  private dance using a credit card, how would
2  they go about doing that?
3    A. They would have to buy -- they would
4  have to go to the bar and buy what they call
5  Kahoots cash.
6    Q. Okay. Did they get paid -- did they get
7  actual cash from the bartender, like say they
8  put --
9    A. No. Kahoots cash was not actual cash.
10  It came in denominations of tens and 20s, and
11  they would use that for tipping.
12    Q. So kind of like Monopoly money, but for
13  Kahoots?
14    A. Yes.
15    Q. Thank you.
16       You called Sokol a rat. Can you explain
17  why you called him that?
18    A. Because he presented himself as an
19  employee, but at the time when he came back in
20  he made up false statements about people to come
21  in. And I don't know what his association was
22  with Detective Rosser but, you know, where I'm
23  from, that's -- you're a rat. Like you come in
24  and you want to work both sides of the fence.

Page 84

1  And Jeremy, from my understanding, even on TV,
2  he even testified that he was working both
3  sides. So we weren't aware of that. We thought
4  he was an employee.
5    Q. You indicated he made up false
6  statements. Do you know these things to be
7  false or do you believe them to be false?
8    A. Anything that came out of his mouth was
9  false. I guess I don't know how to answer your
10  question. I didn't have a lot of conversations
11  with Jeremy after-the-fact. I never saw him
12  after that.
13    Q. Okay.
14    A. But while I was gone, I know that he was
15  saying and doing things that weren't true, very
16  disruptive. I don't care what these guys say
17  about me, I know who I am. It didn't matter to
18  me what he wanted to say. It's all bullshit --
19  excuse me. So I think he was not a type of guy
20  that was trustworthy by any means.
21    Q. You don't like him, do you?
22    A. Not at all.
23    Q. When you observed him take a bet, you
24  indicated that you just had a conversation with

Page 85

1  him; is that correct?
2    A. It was kind of a casual thing. I saw
3  him talking to somebody about a football game
4  and the guy was saying something about putting
5  money on something, and I saw it. I went up and
6  questioned, what are you doing? He said, I try
7  to make a little bit of money on the side. I
8  said, don't do that in here, and that was the
9  end of the conversation. I said, if I see you
10  do it again, you're going to be gone.
11       He was known to be a gambler, was a big
12  guy at the casino. He thought he was a big
13  deal, you know, he would run around and thought
14  he was a crazy guy, big money guy, you know, he
15  had all these ins and outs. As I said earlier
16  in my testimony, biggest mistake I made was
17  bringing that guy into the nightclub.
18    Q. Now we're going to talk a little bit
19  about Rosser. Did you ever report Rosser to the
20  Columbus Police Department, either to his
21  supervisor or internal affairs?
22    A. I believe Joe Sullo did. Internal
23  affairs never contacted me.
24    Q. So you never contacted internal affairs

Page 86

1 or Rosser's supervisor personally?
2    A. I don't remember. I don't remember. I
3 may have called and no one ever returned my
4 call.
5    Q. You indicated someone who worked with
6 you was with Lancaster during what you called
7 the NAG investigation. Do you recall that?
8    A. Yes.
9    Q. Do you remember who the assistant was
10 that was with Lancaster?
11    A. Yes.
12    Q. Who was it?
13    A. It was Travis Brett.
14    Q. You were talking about a logbook in
15 which you would take notes of any criminal
16 activity that you observed. Do you recall that
17 conversation with Chris?
18    A. Yeah. It was a logbook that recorded
19 many things. But if it was something that we
20 saw, it would be recorded in that logbook.
21    Q. You indicated that every time you saw
22 criminal activity you put it in that logbook.
23    A. I didn't see a lot of criminal activity.
24    Q. Okay.

Page 87

1    A. I can't even say that I have anything in
2 there other about the Jeremy Sokol thing, to be
3 honest with you.
4    Q. If someone else would testify that you
5 would leave paper notes to communicate various
6 criminal activities that happened, would that be
7 a lie?
8    A. That I would leave what, paper notes?
9    Q. A note, like a piece of paper with a
10 note on it, not necessarily in a logbook but a
11 loose sheet of paper.
12    A. I don't write notes. I don't write
13 notes to leave them for anybody. I don't write
14 notes, so I wouldn't do that.
15    Q. Is it your testimony that no other
16 manager told you when criminal activity was
17 happening at the club?
18    A. There wasn't any criminal activity that
19 I was aware of and that I can remember, other
20 than the citations that came out.
21    Q. So if someone else testified that there
22 was criminal activity to the point where they
23 had to remove someone, an employee or a dancer,
24 from the club at least a couple of times a

Page 88

1 month, is your testimony that they never
2 informed you of that?
3    A. I wasn't aware of that.
4    Q. Okay. And would you agree that as the
5 general manager it is your responsibility to
6 ensure that employees and patrons are following
7 the law?
8    A. It's my responsibility.
9    Q. Would you agree that as a general
10 manager it is your responsibility to ensure that
11 the dancers are following the law?
12    A. It's my responsibility.
13    Q. You earlier also indicated that it's
14 hard to catch all criminal acts; is that
15 correct?
16    A. It's hard to see everything, yeah. It's
17 hard to see if somebody has a pasty on. You
18 know, it's hard to see everything that's going
19 on all the time.
20    Q. I understand. Part of the allure of the
21 private room is that you're kind of private, in
22 that not everybody can see everything; is that
23 correct?
24    A. It's a private room, yeah.

Page 89

1    Q. Do you know how often the booths were
2 cleaned?
3    A. We have a cleaning person come in every
4 night.
5    Q. Okay. Do you think they would clean out
6 enough to get all the used condoms out of the
7 private booths?
8    A. I never found those in there.
9    Q. If a cleaning crew member observed used
10 condoms, would they be -- should they have
11 reported that to you?
12    A. Yes.
13    Q. Did they ever report it to you?
14    A. No, and neither did the security person
15 who cleans the room themselves at the end of the
16 night. They go in, take out empty glasses, make
17 sure everything is out of there. If there was
18 ever any knowledge of that, they would see that.
19    Q. So if there were photos of a booth with
20 used condoms in it, you don't know anything
21 about that?
22    A. I saw that photo.
23    Q. Okay. Would you say -- I mean, it was a
24 used -- there were used condoms in those photos.

Joseph Vaillancourt
11/13/2020

Page 90

1 Correct?
2    A. One photo.
3    Q. Okay. So you saw one photo with a used
4 condom in it?
5    A. From what I understand, and I don't do
6 Facebook, but it was posted on somebody's
7 Facebook. It was never brought to me, and it
8 was after I had left the club.
9     If you want my honest opinion, I think
10 something like that, it was a dance booth, it
11 wasn't a private area, I think that's a very,
12 very difficult thing to do. It was quite a pile
13 of them. To me it looked almost like a staged
14 situation. Where they were, you would have to
15 pull the bench out, which is a very difficult
16 thing to do, they're nailed in. You would have
17 to take the bench and pull it out. They were
18 thrown behind the bench, if that's the same
19 photo we're talking about.
20     I haven't seen the photo that you're
21 talking about. Where it was, it wasn't under a
22 couch or chair, it was behind a solid dance
23 booth behind a wall, and the whole booth would
24 have to be pulled out. I question it. I didn't

Page 91

1 see any of that going on. We didn't sell
2 condoms in the nightclub. We didn't allow any
3 of that.
4    Q. You indicated that there was a bathroom
5 attendant.
6    A. Yes.
7    Q. The bathroom attendant, was he an
8 employee?
9    A. No.
10    Q. Was he an independent contractor?
11    A. Yes.
12    Q. Okay. Did you ever ensure that he was
13 not selling condoms?
14    A. Yes.
15    Q. Okay. I believe earlier you stated that
16 you were still married to Alisa.
17    A. We don't live together any longer.
18 We're still married, but she's kind of moved on
19 and has her own life. But we're still friends,
20 good friends.
21    Q. When did you get married?
22    A. September of, I believe it was -- we got
23 married at city hall. So it was September
24 29th -- we've been married nine years -- 2011,

Page 92

1 2012, something like that.
2    Q. Did you ever live together?
3    A. Yes.
4    Q. When did you stop living together?
5    A. She still has a room and keeps her stuff
6 at my place. I would say I moved out to Arizona
7 for a while for a job out there and she stayed
8 here. Her mom came here eventually, and I ended
9 up sponsoring her mom so she could get a green
10 card, be with her mom. We're kind of like
11 family.
12    Q. What country is she from?
13    A. She's from Russia.
14    Q. Did you ever consummate the marriage?
15    A. No.
16    Q. When did she get her green card?
17    A. Three years after she was here, I
18 believe. She had a green card -- I forget the
19 system. She became a citizen, she had the green
20 card, we went through the citizenship process
21 and all that stuff.
22    Q. Do you remember when she became a
23 citizen?
24    A. Three years from the date that I met

Page 93

1 her. We were pretty much on track with the
2 system.
3    Q. I'm not sure when you met her.
4    A. We had an attorney, we had an
5 immigration attorney and so forth. It was a
6 very proud day. I was very proud of her, that
7 she became a citizen. I don't want it to be
8 misinterpreted. She's a good person. She came
9 into my life, and sometimes people are put into
10 your life and you just realize they're there for
11 a reason. I wanted to do something nice for
12 somebody.
13     She just struck me as being a nice, nice
14 person and, you know, she was a dancer, she
15 danced for a little bit. But she was
16 struggling, you know, and she loves this country
17 and wanted to get her mom here. She had no dad.
18 So I said, look, I don't want to be married,
19 either, but it would be great, I have a big
20 place. She has her own room, her own stuff, she
21 dated guys.
22     You know, and I didn't marry her just
23 to -- I told her I wouldn't do it if I didn't
24 love her or care about her. I didn't have a

Page 94

1  daughter.  We had a very unique relationship
2  that I don't expect many people to understand,
3  but she means a lot to me.
4      Q.  How old is she?
5      A.  She's 30 now.
6      Q.  Did you charge her or her mother to
7  sponsor them?
8      A.  No.  I paid for everything.
9      MS. NOBLE:  One moment, please.
10          (Pause in proceedings.)
11      THE WITNESS:  When you're ready, let me
12  know.
13      MS. NOBLE:  I'm ready.
14      THE WITNESS:  The other day -- not that
15  this has anything to do with anything, but I
16  kind of want to show you a little something.
17      The other day, one of the house moms
18  that used to work with me, we keep in touch,
19  she's remarried, has a couple kids, and they're
20  Buckeye fans all that stuff.  We keep in touch.
21  I recently just had an operation, and she's an
22  RN.  So she would check on me because I live
23  alone and she said, how you doing and stuff.
24  And I said, good.  She said, I didn't want to

Page 95

1  tell you this, but before you had your operation
2  Jeremy Sokol hit her up on Instagram and said,
3  hey, I hear Joe Vaillancourt died from COVID.
4  If his wife is looking for a shoulder to cry on,
5  let her know I'm available.  It's a pretty sick
6  thing, and that just happened the other day.
7      So I'm hearing a lot about this guy, and
8  I don't like it.  I'm a 70-year-old man.  For
9  him to make comments like that and be
10  disrespectful to, not only me, but to Alisa, and
11  contacting people that used to work for me, I
12  think, just kind of says the type of character
13  that this guy is.  So, you know, that's that.
14  Probably the best thing that I did out of all
15  this time at Kahoots, and as I said, I have
16  known many, many people, I have done a lot of
17  things for a lot of people, I'm not going to
18  toss out names, I know what I have done.
19      I don't care about Rosser.  I don't care
20  about Lancaster.  They'll get what's due them.
21  But one of the nicest things I probably did in
22  my entire life was to help this girl become a
23  citizen and bring her mom here.  When I'm on my
24  way out I can look book and say, I feel good

Page 96

1  about that.  The other day she got her passport,
2  she went out and voted, even though we're on
3  different sides of the political spectrum, but
4  she voted, and she loves this country.  She's a
5  very good person to me.  She cares about me.
6  She looks after me.  And for someone like that
7  to be disrespectful or throw me into, you know,
8  some sort of, you know, stereotype of
9  individual, that's not me.
10      I've done this business, because that's
11  where I feel I should be.  And like I said, I
12  have done lots of things for lots of people.  A
13  lot of these girls, I've seen them go through
14  college and get married, have kids.  I have
15  stuff on my phone, they're sending me pictures
16  of their kids and their husband, they're happy
17  to have had the experience.  I ran a good
18  nightclub.
19      So was there criminal activity?  I'm
20  sure somebody didn't have a pasty on from time
21  to time.  Over the years I was there, you try to
22  screen out the best that you can do, and I was
23  on point with that.  I watched everything that
24  went on in that nightclub.  I didn't allow just

Page 97

1  anything to go on.
2      MS. NOBLE:  I appreciate you stating all
3  of that.
4      I have no further questions.  I'm sure
5  that the plaintiffs' attorney has some questions
6  for you.
7      MR. GOLDSTEIN:  Yes, I do, Andria.
8  Thank you.
9          EXAMINATION
10  BY MR. GOLDSTEIN:
11      Q.  This is David Goldstein and Bart Keyes.
12  We represent the plaintiffs, and we're in a
13  conference room just a little bit over.  I have
14  a couple questions.  I want to try and be brief
15  so we can get you out of here.  Okay?
16      A.  Yep.
17      Q.  Bart is going to turn the video so you
18  can see my ugly mug.
19      A.  There you go.
20      Q.  It's not a pretty sight.  I want to
21  clear up some things you said during your
22  direct -- not direct, during some of the
23  questioning.  I think there's some dates.
24      You talked about that you left Kahoots

Page 98

1  or were terminated November 19th, 2018.  If the
2  records show that it was 2017, would you have
3  any reason to dispute that?
4      **A.  No.  It all kind of mumbles, jumbles,**
5  **I'm losing it.**
6      Q.  In regard to terminating Jeremy Sokol
7  you indicated you were the individual that did
8  that.  Correct?
9      **A.  Yes.**
10     Q.  You mentioned you thought it was in
11  September or October of 2018.  Again, if the
12  records show that would have been 2017 --
13     **A.  Yeah.  I go with that.  I had the wrong**
14  **year, I guess.**
15     Q.  Okay.
16     **A.  I kind of get confused with when he was**
17  **fired and then they brought him back.**
18     Q.  Okay.  I understand that but when they
19  brought Jeremy Sokol back, you were no longer
20  working at Kahoots.  Correct?
21     **A.  No.**
22     Q.  I'm correct in that statement?
23     **A.  I'm sorry.  Yes, you're correct.**
24     Q.  You talked about the day that, I believe

Page 99

1  it was the NAG inspection, and you spoke with
2  Detective Rosser.  Correct?
3      **A.  Correct.**
4      Q.  Obviously, at that point in time, you
5  were still working at Kahoots.  Correct?
6      **A.  Yes.**
7      Q.  At that point in time, you had already
8  fired Jeremy Sokol.  Correct?
9      **A.  Yes.**
10     Q.  That's when you gave Detective Rosser
11  the handwritten note that I believe --
12     **A.  Yes.**
13     Q.  Let me just finish my question.
14     **A.  Oh.**
15     Q.  I believe that's when you gave Detective
16  Rosser a handwritten note marked as Defendant's
17  5 under tab 5; is that correct?
18     **A.  Yeah.**
19     Q.  Do you remember when that NAG
20  inspection, I'll call it, occurred?
21     **A.  I remember everything very vividly about**
22  **it except the date.**
23     Q.  Okay.  Let me ask you a question.  You
24  received -- we talked about it a little bit, you

Page 100

1  received a citation that you talked about
2  earlier.  Do you remember that?
3      **A.  Yes.**
4      Q.  On the citation, there were some
5  questions, Chris asked the date of that
6  citation -- the date of the offense was October
7  28th, 2017.  Okay?
8      **A.  Yes.**
9      Q.  My question to you, then, is, do you
10  remember, was that NAG inspection before the
11  date of that offense or after the date of that
12  offense, if you know?
13     **A.  I would have to say it was -- the NAG**
14  **investigation was before.**
15     Q.  So you got -- based upon your testimony,
16  you received this citation after you had already
17  fired Jeremy Sokol.  Correct?
18     **A.  Yes.**
19     Q.  And after you had advised Detective
20  Rosser that you fired Jeremy Sokol?
21     **A.  Yes.**
22     Q.  I want to ask, besides receiving this
23  citation, have you ever been charged with any
24  other violations in, basically, the adult

Page 101

1  entertainment field?
2      **A.  No.**
3      Q.  I didn't hear the question, so I'll ask,
4  have you ever been convicted of, pled guilty to
5  or entered a no-contest plea to a felony?
6      **A.  No.**
7      Q.  Have you ever been charged with a
8  felony?
9      **A.  No.**
10     Q.  Have you ever pled guilty to, entered a
11  no-contest plea or been convicted of a
12  misdemeanor, other than simple traffic offenses,
13  and other than the one that Detective Rosser
14  charged against you that was ultimately
15  dismissed?
16     **A.  No.**
17     Q.  So this is the first time you have ever
18  been charged with a crime, when Detective Rosser
19  did this to you, other than a speeding ticket?
20     **A.  There were two other times when I first**
21  **moved here when Senate Bill 16 first went into**
22  **effect, they charged me with this Senate Bill**
23  **16, but then they dismissed it.**
24     Q.  Okay.  When you say when you "first

Page 102

1 moved here," what year was that?
2 **A. Whenever Senate Bill 16 went into**
3 **effect, the first year, I think it was 2008**
4 **maybe, when it went into effect.**
5 Q. So from 2008 until 2017, you have never
6 been charged with anything related in the adult
7 entertainment business until Rosser charged you;
8 is that correct?
9 **A. Correct.**
10 Q. Just to clear something up, did you
11 receive that charge -- did Rosser hand it to
12 you, or did you get it in the mail?
13 **A. I got it in the mail.**
14 Q. Was that already after you had been
15 terminated or before?
16 **A. From what I understand --**
17 Q. I'm just asking what you know. Tell me
18 what you remember.
19 **A. It was after, I believe, or within a**
20 **couple days after. I already knew I was being**
21 **let go.**
22 Q. Okay. You talked a little bit about
23 being terminated, then you said you were let go,
24 it was an agreement. You said you were able to

Page 103

1 collect, you were able to collect unemployment.
2 Correct?
3 **A. Correct.**
4 Q. Kahoots or Icon Entertainment didn't
5 dispute the unemployment that you were
6 collecting. Correct?
7 **A. They did not.**
8 Q. And Joe Sullo told you the only reason
9 he was firing you was because of Detective
10 Rosser's statements to him; is that correct?
11 **A. Correct.**
12 Q. The note that we talked about, which is,
13 again, for the record, Exhibit 5, the one you
14 gave to Rosser, did he take that note with him?
15 **A. Yes.**
16 Q. We have had a lot of documents in this
17 case, and I'm going to ask you some questions.
18 Detective Rosser has made representations in
19 some of the documents that we have seen that you
20 may have engaged in criminal activity at the
21 club.
22     Have you ever engaged in any type of
23 criminal activity while an employee of Kahoots
24 or Icon Entertainment?

Page 104

1 **A. The definition of criminal activity is**
2 **what?**
3 Q. Sure. Have you sold any drugs?
4 **A. No.**
5 Q. Have you encouraged anyone to sell any
6 drugs?
7 **A. No.**
8 Q. Have you known about people selling
9 drugs in the club and just basically turned a
10 blind eye to that?
11 **A. Never.**
12 Q. The same questions with prostitution,
13 anything that you have either been involved in
14 prostitution at the club or knew prostitution
15 was going on at the club and turned a blind eye
16 to that?
17 **A. Never.**
18 Q. Did you ever receive any warning from
19 any Columbus police officer prior to receiving
20 the citation from Detective Rosser that you
21 needed to clean up your behavior as it related
22 to your employment with the club?
23 **A. Never. Can I make a statement?**
24 Q. Hold on. Let me just ask the questions

Page 105

1 so we can move some things along. I
2 understand -- we're trying to get facts about
3 this case, I understand you want to talk about
4 your personal thing.
5 **A. Just a definition.**
6 Q. In regard to your dismissal, did you
7 file any type of federal lawsuit?
8 **A. Yes.**
9 Q. Okay. Who did you file that against?
10 **A. The City and Detectives Rosser and**
11 **Lancaster.**
12 Q. Is that a result of you believe that
13 they forced you out of the business?
14 **A. Yes.**
15 Q. Did you settle that case?
16 **A. Yes.**
17 Q. Do you know how much you settled that
18 for?
19 **A. Do I have to discuss that? I'm not sure**
20 **if I can legally discuss that.**
21 Q. It's not confidential. I can tell you
22 that, because the City has to get it approved by
23 city council. So it's made public.
24 **A. $20,000.**

Joseph Vaillancourt
11/13/2020

Page 106

1    Q.  Did you give an interview to the FBI?
2    A.  Yes.
3    Q.  Do you have any recordings of any
4  conversations that you had with Jeremy Sokol at
5  any time?
6    A.  No.
7    Q.  Do you have any recordings that you made
8  of the one time that you spoke with Detective
9  Rosser?
10    A.  No.
11    Q.  Do you know Chris Jobin?
12    A.  Yes.
13    Q.  How do you know Chris?
14    A.  He worked for me.
15    Q.  What would you consider of his work --
16  strike that.
17        How would you characterize his work for
18  you when he was employed at Icon?
19    A.  Mediocre.
20    Q.  Did you terminate him?
21    A.  It was a mutual agreement.  Yes.
22    Q.  What was the basis of your termination
23  of him?
24    A.  He just was -- I think it was just time

Page 107

1  for him to move on.  I wasn't happy with his
2  work, and he wasn't happy, probably, in what he
3  was doing, so it was time for him to move on.
4    Q.  Did Detective Rosser or anyone at CPD
5  ask you to give written statements about when
6  they came in and did the NAG investigation, did
7  they ever ask you to write anything about your
8  observations of the club or any wrongdoing going
9  on in the club?
10    A.  No.
11    Q.  Did they ever interview you?
12    A.  They just asked me for my ID.
13    Q.  So they didn't even ask you questions?
14    A.  No.
15        MR. GOLDSTEIN:  Just give me one moment.
16        (Pause in proceedings.)
17        MR. GOLDSTEIN:  Sir, I don't have any
18  additional questions.  Chris or Andria may have
19  follow-up questions, but thank you.
20        THE WITNESS:  Yep.
21        MR. GREEN:  Mr. Vaillancourt, this is
22  Chris Green again.  I just have a couple
23  follow-up questions for you, and that may be
24  just one.

Page 108

1        EXAMINATION
2  BY MR. GREEN:
3    Q.  Did you ever have any conversations with
4  Joe Sullo about Rosser and/or Lancaster?
5    A.  Yes.
6    Q.  What were those conversations?
7    A.  Pretty much that Joe was not
8  understanding why Rosser was doing what he was
9  doing and that he felt threatened by Detective
10  Rosser.
11    Q.  And those were conversations that you
12  had directly with Mr. Sullo?
13    A.  Yes.
14    Q.  Were those in person or over the
15  telephone?
16    A.  Pretty much over the phone.
17    Q.  Do you know about how many times you
18  talked to Mr. Sullo about Mr. Rosser?
19    A.  I had one other conversation with Joe.
20  So maybe I don't know, maybe three, four, times,
21  maybe, around there, not many.
22    Q.  Was the nature of those conversations
23  the same as you just described?
24    A.  Sometimes he was just checking on me to

Page 109

1  see how I was doing and how I was getting along.
2  He was trying to, you know, see what he could do
3  to clear up this mess and move forward.  We had
4  talked about, you know, helping the girls out,
5  defending some of the girls that got these
6  citations, you know.  He wanted to help them out
7  and get legal representation for them.  They
8  were nervous and afraid about stuff.
9        And we did have a conversation about --
10  and one of the things I wanted to say to
11  Mr. Goldstein, as well, was the definition of
12  criminality.  This was being used to Mr. Sullo
13  in the beginning that I was allowing criminal
14  activity.  Well, the definition of the criminal
15  activity was allowing someone to dance without a
16  pasty, not that I was allowing prostitution or
17  drugs.  There was never any of that found at
18  all.  The club had been investigated several
19  times over the years, and they never found any
20  of that.
21        Joe was concerned about that.  I said
22  that there wasn't anything going on.  And he
23  said at that point that Joe was confident that
24  the club was being run properly, that

Joseph Vaillancourt
11/13/2020

Page 110

1 Mr. Rosser -- and this is what Joe told me --
2 said that he was going to cite me for criminal
3 activity, give me a citation, and that I would
4 not be able to work in his nightclub or anywhere
5 in the city. Joe Sullo called me and told me
6 what was going to happen and said, this guy
7 basically black-balled you from ever working
8 again.
9         As far as I know, I said to Joe, I don't
10 know of anything, I haven't gone to court yet, I
11 haven't gotten the citation. When I got the
12 citation, it was based on a dancer that Rosser
13 did a private dance with and supposedly took her
14 pasties off. I don't know that for a fact. No
15 one reported it to me. That's what was said.
16        That was the citation, that was my
17 criminality. The point I wanted to make is, my
18 criminal activity was allowing a girl to dance
19 without a pasty on, and I didn't see it
20 happening. That was the citation that put me
21 out of business. I guess the other girls, as
22 well, who got citations, they were --
23 supposedly, Rosser was not going to allow them
24 to work in any other nightclub. So he was

Page 111

1 creating some laws here that really weren't on
2 the books.
3        That was something that Joe and I talked
4 about, that, you know, he wanted to get me back
5 running the nightclub, back at the nightclub.
6 He wanted to make sure this guy was being found
7 out as to what he was doing was improper.
8     Q. I think you testified that there was
9 very little or no criminal activity occurring at
10 the nightclub. Was that your testimony today?
11    A. Yes.
12    Q. Are you aware that dancing without a
13 pasty or touching a patron when the dancer is in
14 a state of nudity or partial nudity is
15 considered a crime?
16    A. Yes.
17    MR. GOLDSTEIN: Object as to form.
18 BY MR. GREEN:
19    Q. So you would agree there was criminal
20 activity occurring at the nightclub. Correct?
21    MR. GOLDSTEIN: Objection as to form.
22    A. If I saw it, I would respond to it. But
23 if that took place, then I would have to say,
24 yes. These were citations.

Page 112

1 BY MR. GREEN:
2     Q. So you would agree it was taking place
3 but you just didn't see it. Correct?
4     A. The only ones -- the only person that
5 ever cited any of the dancers was Detective
6 Rosser. So I question whether or not -- really,
7 what was going on.
8     Q. So OIU was never at the club citing
9 dancers?
10    A. Not on my shift, that I know of.
11    Q. Is there --
12    A. That rule is not Senate Bill 16, either.
13 That's a liquor law. So it's a different
14 interpretation.
15    Q. Is there anything else that we haven't
16 talked about today that you think we should hear
17 about or know about?
18    A. What was the relationship between
19 Detective Rosser and Jeremy Sokol?
20    Q. Are you asking me or is that --
21    A. Yeah, I'm asking you.
22    Q. I can't answer that, I'm sorry.
23    A. I think the credibility about me is
24 questioning those types of individuals that, you

Page 113

1 know, obviously are under investigation. As far
2 as I know, when I was defending myself, I saw
3 discovery from my attorney that showed that the
4 club had come in and that the complaints on the
5 club were towards Jeremy Sokol made by a dancer.
6        When they came into the club on two
7 separate occasions, they didn't find any
8 criminal activity happening at all. That's part
9 of -- that's part of discovery on this
10 investigation by other vice officers that came
11 in. They didn't find anything, and they came in
12 on two, three separate occasions undercover and
13 found everything -- and found nothing.
14       The night that Malaysia was cited,
15 Jeremy Sokol was working that night, and he set
16 that up. He set that girl up. When that girl
17 came to me, okay, and she said, yeah, she said
18 some things that she probably shouldn't have
19 said, but she also said that one of the officers
20 kept on trying to grab her vagina in the private
21 dance and put his hands all over her, and she
22 was afraid and she was threatened. I said,
23 well, you can tell that in court, but she was
24 afraid.

Joseph Vaillancourt
11/13/2020

Page 114

1    I remember the two officers that came in
2  that night. One was a liquor guy, one was a
3  vice guy, one guy was sopping wet he was
4  sweating so much, he was so nervous. And the
5  girl, Malaysia, was scared to death. And she
6  admitted she said things she probably shouldn't
7  have said. But they were just words, and she
8  was trying to make a buck and it was wrong. But
9  that guy putting his hands on her and tried to
10  grab her vagina. She wasn't lying to me, she
11  had no reason to say that.
12    Q. Did you report that to anyone?
13    A. I'm sorry?
14    Q. Did you report that to anyone?
15    A. No, because I never saw her again after
16  that, and I didn't know what to do.
17    Q. So after you had a dancer come report to
18  you that a patron tried to grab her --
19    A. The officer.
20    Q. The officer. Did you know he was an
21  officer at that point in time?
22    A. I didn't know who it was.
23    Q. So at that time you knew it was a patron
24  had tried to grab a dancer and touch her vagina,

Page 115

1  as you said, and you did not feel the need to
2  report that to the police?
3    A. It was the police. It was the police
4  officer that was touching her. So who am I
5  going to call? I didn't know if it was -- I
6  didn't know, I wasn't there, I didn't see it.
7  This is what she told me. The point being is
8  that under that citation there was more
9  involved. Okay? And I know for a fact that
10  Jeremy Sokol was working with undercover people
11  to put somebody there and to set that girl up.
12  She was -- you know, she probably wasn't the
13  most brightest girl on the dance floor. I kind
14  of gave her a break that night. She needed some
15  money, and I let her work.
16    It was a mistake on my part, because she
17  was probably one of the more vulnerable ones,
18  and Jeremy knew it. It was just something that
19  I'm responsible for, and the girl said some
20  things that was wrong, so that was that. That's
21  just my statement. There's a lot of things
22  going on here that sometimes people don't know.
23  But I didn't know who to report it to and I
24  didn't know how accurate it was, and there I am

Page 116

1  sitting with a citation.
2    That was the only time I was given a
3  citation inside that nightclub by the officers
4  that gave the citation that night, in front of
5  me and the dancer, in all my years there. I
6  didn't find out about Jeremy Sokol being
7  involved with that until afterwards. But
8  obviously he was being investigated, which I
9  knew he was being investigated by Detective
10  Rosser. So I guess he had to kind of save his
11  own skin.
12    We never saw any discovery from
13  Detective Rosser on the investigation into
14  Jeremy Sokol, which Jeremy, from what I
15  understood, had at least three or four -- and
16  it's part of discovery -- complaints lodged
17  against him for prostitution. Where's that
18  investigation? I don't know. But it took place
19  at the nightclub, we never found it, it never
20  showed in any of the discovery, where the other
21  investigation by the other vice officers showed
22  no criminal activity happening at the nightclub.
23  That's all I wanted to say.
24    MR. JAMES: Thank you, sir. I don't

Page 117

1  have any further questions. Andria, if you have
2  anything else, the floor is yours.
3    MS. NOBLE: Thank you. Joe, I just have
4  a couple follow-up questions.
5    EXAMINATION
6  BY MS. NOBLE:
7    Q. You indicated that Malaysia admitted to
8  you that she said some things that she shouldn't
9  have. What exactly was she admitting to?
10    A. A conversation that she would do a
11  little bit extra for extra money. And I
12  guess -- and it was kind of a bizarre thing. I
13  think it's in the statement. The officer said,
14  what do you mean and she said, you know, I can
15  milk you like a goat. How bizarre is that, I
16  don't know what that means, milking you like a
17  goat. I think she was trying to say something
18  to get some extra money. But she never milked
19  anybody. She was trying to milk the guy for
20  some money, but she didn't milk him for -- she
21  didn't touch him.
22    Q. She didn't touch the officer; is that
23  correct?
24    A. Correct.

Joseph Vaillancourt
11/13/2020

Page 118

1    Q. You don't know whether or not this
2  conversation happened at any other point in
3  time, do you?
4    **A. No. I believe it was just in that one**
5  **dance, I guess, I don't know.**
6    Q. You don't know whether or not it
7  happened, because you were not with her for her
8  private dances; is that correct?
9    **A. Correct.**
10    Q. Do you know anything about a
11  potential -- or Joe Sokol alleging he was going
12  to file a lawsuit against Kahoots?
13    **A. Jeremy Sokol.**
14    Q. I'm sorry, Jeremy Sokol. There's a lot
15  of J's.
16    **A. I don't pay attention to that guy. He's**
17  **a clown. For what?**
18    Q. I didn't know if this was happening
19  prior to your termination, if you had heard
20  about it.
21    **A. No.**
22    Q. You did not file a lawsuit against the
23  City of Columbus and Rosser and Lancaster; is
24  that correct?

Page 119

1    **A. Say that again.**
2    Q. You did not actually file a lawsuit, you
3  filed a claim against the City of Columbus?
4    **A. I filed a lawsuit.**
5    Q. You went to court and filed a lawsuit,
6  or did you file a claim with the City of
7  Columbus?
8    **A. I had attorneys that filed a lawsuit. I**
9  **had Marshall and Foreman representing me, and**
10  **they filed a complaint, I guess, or a lawsuit,**
11  **whatever, but it was settled before we went to**
12  **court. I may be ignorant on the definition**
13  **but --**
14    Q. I'm going to correct you on the
15  termination.
16    **A. Okay.**
17    Q. You filed a claim, you did not file a
18  lawsuit, there was never a lawsuit filed with
19  the court.
20    **A. Okay.**
21    Q. You settled before a lawsuit occurred.
22    **A. Correct. We settled before we went to**
23  **court.**
24    Q. Hold on, let me -- I'm going to see if I

Page 120

1  can share my screen. Sorry, everybody, we just
2  found this. Am I able to share my screen?
3  Who's the host?
4    MR. GREEN: Yeah, you should. Go ahead
5  and try, see if it works. It still says
6  disabled.
7    MR. KEYES: Andria, it's Bart. Do you
8  want to e-mail and Chris can print a copy?
9    MS. NOBLE: I'll just see if he can
10  remember, and I will also e-mail it.
11  BY MS. NOBLE:
12    Q. Joe, do you recall the language of your
13  settlement, including a part that said that
14  there was no admission of liability on the part
15  of Steven Rosser, the City of Columbus or any
16  police officer?
17    **A. I don't remember that.**
18    Q. Okay.
19    **A. What does that mean?**
20    Q. That means that they were not admitting
21  fault and they were paying you because it would
22  be -- because they felt it was just -- I was not
23  the lawyer on it. So it states that there's no
24  admission of liability, Vaillancourt understands

Page 121

1  and agrees that this settlement is a compromise
2  of a disputed claim and that the City of
3  Columbus's payment is not to be construed as an
4  admission of liability on the part of Steven
5  Rosser, the City of Columbus, any police
6  officers involved in any situation involving
7  Vaillancourt or any other employee, agent or
8  official of the City of Columbus, by whom
9  liability is expressly denied.
10    **A. Okay.**
11    Q. Do you recall that being a part of
12  your --
13    **A. If that was there, I'm sure, yes. It's**
14  **been a while, but I read through it and I**
15  **understand. I also needed the money, and I was**
16  **out of work for a while, so I didn't have much**
17  **choice. But that's fine.**
18    Q. What I'm mostly asking is, there was no
19  admission of liability, there was no
20  determination of liability?
21    **A. There was no determination, correct.**
22    Q. And the City and Rosser specifically
23  denied liability?
24    **A. I guess so. Yes.**

Joseph Vaillancourt
11/13/2020

Page 122

1    MS. NOBLE: Okay. No other questions at
2  this time. But I will send this to everybody so
3  everyone can have a copy of it.
4    MR. GOLDSTEIN: No questions from the
5  plaintiffs. Thank you.
6    MR. GREEN: We have no further
7  questions. I think you're good to go,
8  Mr. Vaillancourt. You have the -- if anyone
9  orders this, you have the opportunity to read
10  your deposition, you can't change anything that
11  you have testified to, but you can look at it
12  and make notes on spelling and whatnot, or you
13  can waive that opportunity.
14    **THE WITNESS: Yeah, just let it go.**
15      -=O=-
16    **Thereupon, the testimony of November**
17  **13, 2020, was concluded at 5:15 p.m.**
18      -=O=-
19
20
21
22
23
24

Page 123

1          CERTIFICATE
2  STATE OF OHIO    :
              SS:
3  COUNTY OF FRANKLIN :
4      I, Carmen G. Maley, a stenographic
  court reporter and notary public in and for the
5  State of Ohio, duly commissioned and qualified,
  do hereby certify that the within-named JOSEPH
6  VAILLANCOURT was first duly sworn to testify to
  the truth, the whole truth, and nothing but the
7  truth in the cause aforesaid; that the testimony
  then given was taken down by me stenographically
8  in the presence of said witness, afterwards
  transcribed; that the foregoing is a true and
9  correct transcript of the testimony; that this
  deposition was taken at the time and place in
10  the foregoing caption specified.
11      I certify that I am not a relative or
  employee of any attorney or counsel employed by
12  the parties hereto and that I am not financially
  interested in the action. I further certify
13  review of the transcript was waived.
14      In witness whereof, I have hereunto
  set my hand at Columbus, Ohio, on this 1st day
15  of March, 2021.
16
17
18
19
20
21      *Carmen G. Maley*
      Carmen G. Maley
22      Notary Public, State of Ohio
23  My commission expires: August 24, 2024
24

Joseph Vaillancourt
11/13/2020

---

**Exhibits**

Exhibit 1 5:10 15:13

---

**$**

$1,500 74:13
$10 77:1,16,17,20
$100 78:7,18
$150 78:7,18
$20 77:18,21
$20,000 105:24
$250 78:4,5,16
$30 77:1,14,15
$300 42:22

---

**-**

-=O=- 15:12,14
-=O=- 122:15,18

---

**1**

1 15:13
10-28-2017 20:2
10th 9:10
11th 41:19
12 9:21
13 9:21 13:3 20:20 22:1
46:14 122:17
14 46:14 60:4 68:4 74:4
14th 9:11
159 30:17
16 22:8,16,23 23:4,9,16,18
45:11,20 46:9 47:4,8,16,
18,19,21 48:7 50:13 56:22
62:19 101:21,23 102:2
112:12
18th 41:16,20 50:15
19 43:19
1950 7:9
1969 8:8

---

1971 8:8
19th 9:18,20 39:20,23
50:15 98:1
1st 9:16

---

**2**

20 30:8,11,12
2005 9:16 33:22 34:7
70:16,17
2007 46:8
2008 22:11 46:8 102:3,5
2009 30:15,21
2011 32:20 91:24
2012 32:20 92:1
2014 33:12
2015 70:14
2017 36:1 39:20,23 41:17,
20 43:19 44:3 98:2,12
100:7 102:5
2018 9:18,20 33:13 54:21
98:1,11
2019 30:16,21
2020 122:17
20s 83:10
27th 7:9
28th 100:7
2907.40 23:13 66:10 67:1
29th 44:3 91:24
2:30 18:8

---

**3**

3 63:13
30 48:23 50:5 72:4 94:5

---

**4**

4 65:12
43221 7:5
4:00 18:9

---

**5**

5 15:15 99:17 103:13
5313 19:23
5565 7:5
5:15 122:17

---

**6**

6 35:18
6:30 18:7

---

**7**

70-year-old 95:8
774-240-0121 7:7
7th 44:7

---

**8**

8 19:19
8th 36:1

---

**9**

9A 39:13
9M 43:19
9th 9:10

---

**A**

A-I-L-L-A-N-C-O-U-R-T
7:3
Abe 59:19,20
abiding 67:17
ability 15:20 64:10
absolutely 51:16
access 82:8
accounting 52:24
accurate 16:18,19 41:3
53:1 55:3 115:24
accused 38:7
ACE 79:4

---

act 23:14 32:3 66:11
acted 34:11
activities 16:17 17:13
87:6
activity 11:10 12:3,11
27:10 43:6 45:14 53:3,13,
19,24 56:23 86:16,22,23
87:16,18,22 96:19 103:20,
23 104:1 109:14,15 110:3,
18 111:9,20 113:8 116:22
acts 29:24 43:2 88:14
actual 79:15 83:7,9
addition 17:17,20
additional 44:1 107:18
address 7:4 19:24 40:22
59:5
admission 120:14,24
121:4,19
admitted 114:6 117:7
admitting 117:9 120:20
adult 21:10 22:14 23:7
47:12 79:5,9 100:24 102:6
advertised 79:24
advised 100:19
affairs 85:21,23,24
affected 22:9
afraid 24:5 51:4 109:8
113:22,24
after-the-fact 84:11
afternoon 6:6,9 60:24
69:12
age 71:10
agent 40:7 121:7
agree 34:4 37:2 43:15
48:12 88:4,9 111:19 112:2
agreed 42:21,22 62:20
agreement 102:24 106:21
agrees 121:1
ahead 45:10 69:8 120:4
Aliana 32:2
Alisa 32:17,19 49:9 52:1
91:16 95:10

---

Joseph Vaillancourt
11/13/2020

allegations 42:18

alleged 82:12

alleging 118:11

allowed 21:8 23:8 60:11
65:1

allowing 109:13,15,16
110:18

allure 88:20

amount 74:7,9

and/or 58:9 108:4

Andria 69:13 97:7 107:18
117:1 120:7

angry 38:5

answering 82:5

answers 6:17

anyone's 29:6

apartment 34:22

apologize 28:9

appalling 50:4

appearance 29:6

appearances 29:13

appeared 29:8

appears 41:3

apply 46:20

applying 71:21

approved 105:22

area 27:18 48:8 71:1
77:16 82:14,15 90:11

areas 67:23

arguing 31:5

argument 17:4,5 37:9

arguments 17:18

Arizona 92:6

arm 79:15

arrival 76:24

ass 35:2

assistant 14:17 53:17
86:9

association 79:19 83:21

assumption 47:4

attendant 91:5,7

attention 35:17 38:16
63:14 118:16

attorney 19:13 45:12
46:20 48:20 62:11 93:4,5
97:5 113:3

attorneys 69:7 119:8

attractive 73:4

audition 72:24

auditions 73:2

August 39:20,23 41:16,
19,20 43:19

authority 47:14

Avenue 9:3

average 24:7

aware 27:13 28:19 29:15
30:1 53:3,13,18,23 62:9
84:3 87:19 88:3 111:12

_____

**B**

_____

BACE 47:11,13,14 55:21,
22 56:1 57:9 79:2,3,10
80:2,5

back 14:5,20 20:17 33:22
41:9 46:8 51:3,8 57:4
58:19 59:8,9,10 61:6,9
82:17 83:19 98:17,19
111:4,5

bad 25:17 51:3 59:15,17
60:2,12 61:7

bag 27:19 28:1 35:11 55:2,
7

banned 11:20

bar 83:4

bare 35:2

barely 68:12

Bart 97:11,17 120:7

bartender 27:21 28:6
55:6 76:7 83:7

bartenders 56:9,10 57:2
74:20 75:5

based 76:23 80:13 100:15
110:12

basically 100:24 104:9

110:7

basis 24:19 26:2 106:22

bathroom 75:1,3 91:4,7

bear 15:19 35:3 40:12

beat 35:2

Beautiful 80:20

began 34:6

beginning 54:22 80:6
109:13

behavior 104:21

bell 34:15 45:2

bells 35:4,14

belongs 79:4

bench 90:15,17,18

bet 81:2 84:23

bets 81:3

big 55:7 85:11,12,14 93:19

biggest 60:3 85:16

bill 22:8,16,23 23:4,5,9,16,
17 45:11,20 46:9 47:4,8,
16,18,19,21 48:7 50:13
56:22 62:19 101:21,22
102:2 112:12

binder 15:15 35:18 39:13
63:13

birth 7:8

bit 15:17,23 25:8 26:5 27:9
30:22 85:7,18 93:15 97:13
99:24 102:22 117:11

bitter 37:9 38:5

bizarre 117:12,15

black 15:16

black-balled 110:7

blame 37:6

blind 104:10,15

book 13:6,8,17 18:8 19:19
95:24

bookie 81:4

bookkeeping 10:13

books 111:2

booth 89:19 90:10,23

booths 82:21 89:1,7

Boston 71:1

bottle 35:10

bowling 50:11 64:18

box 40:23

Brand 53:16,19

brand-new 71:3

break 51:14 115:14

breaking 17:8

Brett 86:13

briefly 33:16 34:13

bright 73:6

brightest 115:13

bring 20:17 51:8,9 61:6,9
95:23

bringing 38:11 85:17

Britney 36:18

brought 18:23 28:24
38:16 49:20 90:7 98:17,19

buck 114:8

Buckeye 79:19 94:20

bucks 34:17

building 71:2

bullshit 84:18

bunch 56:21 58:20

busier 25:6,8

busiest 25:2

business 8:19 21:10,23
22:2,3,9,10,13,17 23:7
26:9,12,14 29:13 46:3
47:12 50:7,9 57:8,10,11
59:23 60:20 72:4,5 96:10
102:7 105:13 110:21

businesses 58:2

buy 79:23 83:3,4

_____

**C**

_____

Cafe 9:4

Calderon 44:11

calendar 12:22

Joseph Vaillancourt
11/13/2020

**call** 14:13 22:18 62:20
69:7,14 82:13 83:4 86:4
99:20 115:5

**called** 30:5,16 35:3 38:7
47:11 55:12 58:6 66:4,6
69:24 79:4 83:16,17 86:3,
6 110:5

**calling** 26:23

**camera** 38:2

**candies** 75:4

**car** 65:1

**card** 15:10 49:21 52:6
55:5,9 81:16 82:9,12,17,
19,20 83:1 92:10,16,18,20

**cards** 16:6,7

**care** 84:16 93:24 95:19

**cared** 34:11 49:14 52:7

**career** 60:8

**cares** 96:5

**case** 6:21 19:15 38:9
48:19,20 103:17 105:3,15

**cases** 18:1

**cash** 73:23 76:11 83:5,7,9

**casino** 85:12

**casual** 85:2

**catch** 67:21 88:14

**caught** 29:2 32:3

**cell** 7:7 68:12

**Central** 35:19

**certified** 6:3

**chair** 90:22

**challenged** 22:9

**champagne** 78:1 82:14

**change** 122:10

**changed** 74:4

**character** 95:12

**characterize** 106:17

**charge** 13:22 18:23 19:11
21:5 26:22 41:1 44:15
94:6 102:11

**charged** 20:4 44:10 48:22
100:23 101:7,14,18,22

102:6,7

**charges** 45:13 46:2 48:18
65:13,22 66:8

**Charlie** 28:7,10,12

**chart** 12:20

**check** 73:23,24 76:12,13
94:22

**checked** 14:15

**checking** 108:24

**children** 7:14

**choice** 121:17

**Chris** 6:7 53:7,9,14 78:24
86:17 100:5 106:11,13
107:18,22 120:8

**circulation** 8:21

**circumstances** 8:9 14:11
19:1 20:6

**citation** 24:2 100:1,4,6,
16,23 104:20 110:3,11,12,
16,20 115:8 116:1,3,4

**citations** 20:23 50:16,19
56:22 68:4 87:20 109:6
110:22 111:24

**cite** 110:2

**cited** 19:2,5,7,9 21:4 43:5
112:5 113:14

**cities** 48:6

**citing** 112:8

**citizen** 52:14 92:19,23
93:7 95:23

**citizenship** 49:19 92:20

**city** 19:13 21:7 45:12
46:17,20 48:4,19 60:9
69:13 71:10 91:23 105:10,
22,23 110:5 118:23 119:3,
6 120:15 121:2,5,8,22

**claim** 119:3,6,17 121:2

**clarify** 51:19

**clarifying** 52:18

**clean** 89:5 104:21

**cleaned** 89:2

**cleaner** 82:6

**cleaning** 89:3,9

**cleans** 89:15

**clear** 51:21 60:11,14
97:21 102:10 109:3

**Cleveland** 9:3

**close** 21:2

**closed** 18:8

**clothing** 56:2

**clown** 118:17

**club** 11:20 12:4,12 14:12
18:7 21:3 25:13 27:6 30:5
37:1,11 39:1 43:6 50:14
51:4 54:10 57:15,22 59:1
60:4,24 62:5 70:8 71:2,13,
15 73:12 74:23 75:2 76:20
77:4,5,10,11,13,16,17,20
78:5,7,10,12,19 79:13,19
87:17,24 90:8 103:21
104:9,14,15,22 107:8,9
109:18,24 112:8 113:4,5,6

**clubs** 9:12 71:12

**coat** 35:3

**Code** 23:12 66:9

**collect** 21:14,19 103:1

**collected** 77:4,5

**collecting** 103:6

**collects** 77:18

**college** 7:21,23 8:1 96:14

**colognes** 75:3

**Columbus** 7:5 8:24 69:14
71:6,8 81:10,13,17 85:20
104:19 118:23 119:3,7
120:15 121:5,8

**Columbus's** 121:3

**comments** 95:9

**Commission** 39:14 43:22

**commit** 81:1

**committing** 80:21

**communicate** 58:4 87:5

**communicating** 16:22
59:20

**communication** 17:22
20:18 58:1,11,18 59:13
61:15,19 62:6

**Community** 7:24 23:13

66:11

**companion** 49:16

**company** 26:24 73:20,22
75:11 76:17

**Compared** 22:14

**compensation** 74:3

**complaint** 119:10

**complaints** 113:4 116:16

**compliance** 11:2

**complying** 11:5 67:1,5

**compromise** 121:1

**concerned** 34:11 109:21

**concluded** 122:17

**condom** 90:4

**condoms** 89:6,10,20,24
91:2,13

**conduct** 63:24

**conference** 97:13

**confident** 109:23

**confidential** 105:21

**confirm** 38:24

**confirmed** 39:8

**confronted** 81:8

**confused** 47:1 61:10
98:16

**confusing** 61:14

**confusion** 50:12

**Connecticut** 57:17,18
58:3

**Connecticut/new** 61:11

**considered** 23:7 25:2
111:15

**consistent** 25:9 26:6,10

**construed** 121:3

**consultations** 57:5

**consummate** 92:14

**contact** 23:8 28:11 46:5
62:14

**contacted** 85:23,24

**contacting** 95:11

Joseph Vaillancourt
11/13/2020

contractor 91:10

contractors 14:3 74:17

**Contractually** 42:13

control 39:14 43:22 48:4
55:18

conversation 20:19 32:1
43:14 65:10 70:3 84:24
85:9 86:17 108:19 109:9
117:10 118:2

conversations 84:10
106:4 108:3,6,11,22

convicted 101:4,11

cooks 75:6

copied 15:3,4

copies 13:8 14:23

copy 120:8 122:3

**Corps** 8:5,7

correct 16:14 17:19 18:19
20:8 39:21 40:5 41:7
42:16 43:6,14,16 44:5,20,
21 46:4 48:14,15,16 52:3
62:22,23,24 63:1,11,12
66:15 70:21 72:12 78:1,2,
15 79:16 80:2 85:1 88:15,
23 90:1 98:8,20,22,23
99:2,3,5,8,17 100:17
102:8,9 103:2,3,6,10,11
111:20 112:3 117:23,24
118:8,9,24 119:14,22
121:21

correcting 70:18

cost 42:22

costume 17:11

costumes 63:5

couch 90:22

council 105:23

country 92:12 93:16 96:4

**County** 19:23

couple 7:22 26:8 51:20
65:20 87:24 94:19 97:14
102:20 107:22 117:4

courses 7:24

court 46:2,17 57:1 82:6
110:10 113:23 119:5,12,
19,23

courts 22:10

cover 52:21 63:7

covered 23:4 54:17

covers 79:6

COVID 95:3

CPD 14:15 107:4

crap 60:7

crazy 38:13 85:14

create 64:5,6,7

created 35:24 64:4

creating 111:1

credibility 112:23

credit 15:10 16:6 55:5,9
81:16 82:9,12,17,19,20
83:1

crew 89:9

crime 35:19,23 36:7
80:22,24 101:18 111:15

criminal 11:9 12:3,10
16:17 18:22 19:11 21:5
86:15,22,23 87:6,16,18,22
88:14 96:19 103:20,23
104:1 109:13,14 110:2,18
111:9,19 113:8 116:22

criminality 109:12 110:17

cry 95:4

current 7:4 8:22

customer 17:12 31:3
55:12,14 77:15,19

customers 23:21 24:2,6,
12 31:4,11 58:22 64:1,2,
16 65:7

customers' 16:8

---

## D

dad 93:17

dance 14:2 24:4 39:7
64:16,20 65:6 67:11
77:14,18 78:15 83:1
90:10,22 109:15 110:13,
18 113:21 115:13 118:5

danced 93:15

dancer 11:5,15 14:23
16:21,23 17:5 29:3 32:2,
22,24 33:3,14,20,24
42:14,16 64:14 77:18,19
78:6,7 87:23 93:14 110:12
111:13 113:5 114:17,24
116:5

dancer's 45:1

dancers 10:10 14:1 17:1,
17 23:3 28:20 29:24 32:12
43:3,5 50:10 57:3 61:3
63:10 64:22 66:14,16,17,
18,19,24 67:4 68:23 72:22
73:21 74:19 75:7,12,13,
16,23 76:1,18,20 77:11,12
78:9,21 88:11 112:5,9

dancers' 11:2

dances 45:16 50:21 67:24
77:3 118:8

dancewear 56:3

dancing 20:24 29:20
44:14 45:14 82:21 111:12

**Danielle** 44:10

dark 67:20

date 7:8 9:15,17 12:23
13:2 20:2 39:21,22 40:3,4
70:10 92:24 99:22 100:5,
6,11

datebook 12:22 13:2

dated 93:21

dates 9:19 97:23

daughter 94:1

**Dave** 62:11,15

**David** 97:11

day 9:6 10:16 24:20,21
36:10,15,16,22 46:2,16
50:22 51:6 52:23 56:24
58:2 60:22 74:7 93:6
94:14,17 95:6 96:1 98:24

day-to-day 10:8 17:23
57:15,23,24 79:9

days 18:6,9 82:1 102:20

deal 71:14 85:13

death 114:5

**December** 9:16 70:14

decide 14:2

decided 46:17

decision 80:15

decisions 13:24

defend 21:6

Defendant's 99:16

defending 109:5 113:2

Defense 23:14 66:11

definition 104:1 105:5
109:11,14 119:12

degree 8:2

denied 121:9,23

denominations 83:10

denying 55:14

Department 40:12 81:11,
13,18 85:20

departure 20:7

depend 11:7

depending 79:12

deposes 6:3

deposition 15:13 69:18,
19 122:10

describing 17:14

Detective 14:12,18,19,24
19:2,5 20:15 41:17,21
50:18 59:10,18 60:22
61:2,5 81:20 83:22 99:2,
10,15 100:19 101:13,18
103:9,18 104:20 106:8
107:4 108:9 112:5,19
116:9,13

detectives 42:20 105:10

determination 121:20,21

determining 66:24 67:4

diaries 68:9

died 95:3

difficult 15:17 67:19
90:12,15

direct 11:21 35:17 58:10
97:22

directly 108:12

director 55:22

disability 8:11

disabled 120:6

disagree 34:4 37:2,3

discharged 48:20

discovery 113:3,9
116:12,16,20

discredit 49:5 50:2

discuss 105:19,20

disguise 59:3

dismissal 105:6

dismissed 19:12 45:14
48:18 101:15,23

disposition 19:10

dispute 98:3 103:5

disputed 121:2

disrespectful 95:10 96:7

disruptive 17:6 84:16

DJ 75:10,19

DJS 75:6

document 18:2 39:17
43:23 63:14 64:4 65:14,17

documents 69:21
103:16,19

door 24:11,13

doors 51:8

downstairs 59:2

drama 37:24

dressed 73:8

dressing 59:2

drink 17:6 50:9 64:18

drinking 17:18 73:8

drug 11:10 27:13,17 28:19
29:14 54:14 56:20

drugs 16:5 17:12,14 29:3,
8,12 50:10 51:10 62:4
104:3,6,9 109:17

due 95:20

duly 6:2

duties 10:6 52:22

---

**E**

---

e-mail 120:8,10

earlier 43:1 62:21 85:15
88:13 91:15 100:2

early 58:23

eaves 27:20

economic 22:7

economically 22:12

edges 29:10

effect 23:21 47:20,22
48:15 101:22 102:3,4

Either/or 77:14

electronically 12:16
24:17

eliminating 37:11

Ella 45:1,4

else's 65:1

employed 13:4 31:23
33:10 36:1 39:21 44:4
54:11 62:22 106:18

employee 11:5,15 18:15
29:3 33:1 40:7 55:10
68:16 73:18 83:19 84:4
87:23 91:8 103:23 121:7

employees 13:20 28:20
32:12 52:20 66:14 68:14,
23 72:11,15 74:16 88:6

employees' 11:1

employer 40:4

employment 9:13 12:8
18:21 21:24 25:10 26:7
27:12 30:3 32:13 56:11
104:22

empty 89:16

encouraged 104:5

end 9:10 10:17 18:24
25:16 27:1,5 54:22 74:5
78:9 85:9 89:15

ended 60:8 92:8

enema 35:9

enemas 60:7

enforce 46:9 47:8 48:2,3,
6

enforced 47:5,16,22 67:6

enforcement 14:9 16:14
35:23 47:14

enforcing 47:18 60:10

engaged 103:20,22

ensure 88:6,10 91:12

enter 19:14 26:21 28:17

entered 17:9 101:5,10

entering 16:7 55:5,18

entertainer 19:6,8,9 23:6
24:3 38:22 63:15

entertainment 101:1
102:7 103:4,24

entire 35:10 48:21 95:22

entrusted 57:22

Esplanade 7:5

essentially 41:11 42:20
57:21

estimate 30:13,18

estimated 30:23 31:9

estimation 47:3,13

et al 6:21

evening 58:23 60:15

evenings 18:6

eventually 19:12 92:8

everyone's 14:16 28:16
48:18

evidence 54:3

EXAMINATION 6:4 69:10
97:9 108:1 117:5

excuse 84:19

executive 55:22

Exhibit 15:13 103:13

exists 13:17

expect 94:2

experience 72:17 96:17

explain 12:18 27:16 37:3
83:16

explaining 65:4

explains 41:11 45:17

explanation 77:22

exploitation 17:15

expressly 121:9

extra 117:11,18

eye 104:10,15

---

**F**

---

Facebook 90:6,7

Facebooks 79:7

facing 67:19

fact 35:11 37:7 38:23
110:14 115:9

facts 105:2

fair 6:13,18 30:17 49:6
50:13,14 57:21

false 83:20 84:5,7,9

falsehoods 38:11

falsifying 55:4,5

familiar 28:14 31:16 33:3,
8 36:18,20 40:9 44:11
63:17,18

family 58:7 92:11

fans 94:20

fantasy 65:9,11

fault 120:21

favors 34:23

fax 24:24

faxed 25:23

FBI 106:1

February 9:10

federal 50:23 105:7

fee 76:21,22 78:13,14

feel 35:12 72:19 95:24
96:11 115:1

fees 78:22

felony 101:5,8

felt 21:1 47:6 59:24 108:9
120:22

fence 83:24

field 101:1

fight 20:22 31:3

figured 38:5

file 24:24 105:7,9 118:12,

22 119:2,6,17

**filed** 27:6 31:10 119:3,4,5,
8,10,17,18

**files** 14:23

**filing** 31:7

**filled** 12:20

**financial** 10:17

**financially** 34:17

**find** 28:1 113:7,11 116:6

**fine** 51:16 59:6 71:8
121:17

**finish** 6:10,11 45:21,22
82:2 99:13

**fired** 35:11 98:17 99:8
100:17,20

**firing** 13:19 72:11 103:9

**Flag** 55:20,21 56:5 57:4,6
66:1,7 78:24 79:21 80:4

**flew** 71:13

**flip** 39:12 41:9 44:7 65:12

**floor** 26:19 63:7 67:12
77:15 115:13 117:2

**floorman** 31:20,21 53:10,
22 77:20

**follow** 77:6

**follow-up** 77:7 107:19,23
117:4

**follow-ups** 38:17

**fool** 60:5

**football** 85:3

**force** 48:23

**forced** 51:2 105:13

**Foreman** 119:9

**forget** 28:2 58:16 66:6
92:18

**forging** 15:9 16:6 81:16
82:12

**forgot** 15:18

**form** 12:20 43:8 49:1
111:17,21

**forward** 71:9 109:3

**found** 21:9 27:18,19 28:3

45:12 50:22 60:18 81:22
89:8 109:17,19 111:6
113:13 116:19 120:2

**frequently** 74:1

**fresh** 73:9

**Friday** 18:10 44:3

**friend** 49:16 57:8 72:9

**friendly** 49:15

**friends** 72:1 79:7 91:19,
20

**friendship** 49:9,17

**front** 15:16 24:11 116:4

**full** 6:24

**fun** 71:11

**functioning** 79:18

_____

**G**

**gambler** 85:11

**game** 85:3

**gave** 15:1,5 24:3 59:4,5
77:15 99:10,15 103:14
115:14 116:4

**general** 9:24 10:1,3,4,7,
19,24 24:8 41:5 43:4 57:8
67:3 70:15,20 71:6 88:5,9

**Generally** 70:5

**generating** 27:6

**gentlemen's** 75:2

**get all** 89:6

**girl** 19:3 38:12,19 39:4
67:16 95:22 110:18
113:16 114:5 115:11,13,
19

**girls** 36:21 37:5,14 38:4,5
46:15 50:1 62:4 63:6 67:8
96:13 109:4,5 110:21

**gist** 16:8

**give** 6:16 35:9 36:4 52:21
74:22 78:9,21 106:1
107:5,15 110:3

**giving** 51:11

**glasses** 15:18 89:16

**goat** 117:15,17

**Goldstein** 97:7,10,11
107:15,17 109:11 111:17,
21 122:4

**good** 6:6,17 7:6 20:21
25:17 35:22 50:24 59:24
60:9 68:16 69:12,16 72:1,
19 73:6 80:9 91:20 93:8
94:24 95:24 96:5,17 122:7

**gossip** 37:23

**governor** 9:11 46:8

**grab** 113:20 114:10,18,24

**graduated** 34:7

**Grant** 57:14

**Grants** 57:16

**gratuities** 55:5,15

**gray** 48:8

**great** 49:15,16 93:19

**green** 6:5,7 43:10 49:21
51:15,18 52:6 68:19 69:6
92:9,16,18,19 107:21,22
108:2 111:18 112:1 120:4
122:6

**Greg** 55:20,21 57:4 66:1,6
78:24 79:21 80:4

**gross** 34:23

**grow** 7:19

**growing** 22:3

**guess** 20:9,18,23 26:11
41:4 84:9 98:14 110:21
116:10 117:12 118:5
119:10 121:24

**guilty** 19:18 21:9 48:19
101:4,10

**gum** 75:4

**guy** 50:21 51:3,8 58:2
59:16,17,23 60:2 61:7,13
72:8 74:24 75:2 84:19
85:4,12,14,17 95:7,13
110:6 111:6 114:2,3,9
117:19 118:16

**guys** 61:12 84:16 93:21

_____

**H**

**habitual** 60:1

**half** 78:4

**hall** 91:23

**Halloween** 50:18

**Hampshire** 7:23

**hand** 12:16,17 24:4,17,18
49:12 102:11

**hand-held** 82:19

**handful** 68:2

**hands** 59:21 75:3 113:21
114:9

**handwriting** 15:24 16:1,3

**handwritten** 99:11,16

**hanger** 35:3

**happen** 30:14 37:23 39:9
60:12 110:6

**happened** 35:5,16 39:8,
11 41:11 87:6 95:6 118:2,
7

**happening** 29:18 38:15,
20 39:1 57:11 79:14 87:17
110:20 113:8 116:22
118:18

**happy** 71:5 74:11 96:16
107:1,2

**hard** 16:2 40:24 67:18,21
88:14,16,17,18

**hardcover** 13:2

**Harrah** 40:8,22 42:5,7,21

**Harrah's** 42:2

**headed** 14:21

**health** 14:14 70:6

**healthy** 73:8

**hear** 28:22,23 54:7 60:18
80:14 95:3 101:3 112:16

**heard** 34:3 54:3 59:17
62:7 118:19

**hearing** 39:15 43:22 95:7

**helped** 49:23

**helping** 109:4

**hereinafter** 6:2

**Hesser** 7:23

**hey** 64:17 72:6 95:3

**high** 7:16 34:7

Joseph Vaillancourt
11/13/2020

highest 49:1

hire 67:9

hired 10:3,4 17:20 53:11,
12 60:3 71:4

hiring 10:9 13:19 60:5
72:10

history 72:17

hit 95:2

Hold 104:24 119:24

home 16:23 17:1,7 18:9
29:11 58:6 62:8

honest 42:13 49:2 65:24
87:3 90:9

hooker 34:24

hooking 39:6

host 82:13 120:3

hostess 24:11 76:9

hostesses 74:20 75:5

hosts 63:8

hotel 33:17,19 34:13

hour 78:4

hourly 18:15

hours 18:4 46:6

house 64:19 75:7,10,19
76:21 78:13,22 94:17

hug 24:3

huh-uhs 6:18

human 49:22

hundreds 68:2

husband 96:16

hustled 61:12

I

Icon 6:21 103:4,24 106:18

ID 14:16 59:4 107:12

ID's 58:24

identified 19:21

ignorant 119:12

illegal 27:10 45:14 53:3,
13,18,23 61:22

immigrant 49:14 52:3

immigration 93:5

impact 23:21

implementation 22:18

implemented 23:15

implementing 63:2

important 73:5

improper 43:5 61:23
111:7

improving 62:12

incident 13:1

including 120:13

income 25:12 27:7

independent 14:3 74:17
91:10

indicating 78:10

individual 40:8 44:10
48:5 49:2 96:9 98:7

individuals 112:24

industry 10:21 37:5,13
38:15 48:24 50:6 61:9
79:6

information 40:14,16
44:8 55:4 56:6 58:24 61:3
62:2 68:17

informed 20:10 63:10
66:13 88:2

injured 8:12

ins 85:15

inside 15:10 45:15 60:12
116:3

inspection 99:1,20
100:10

Instagram 95:2

instances 39:3

interactions 58:9

internal 85:21,22,24

interpretation 47:15
112:14

interrupting 6:12

interview 66:21 72:14,21
106:1 107:11

interviewed 70:24 71:4,
19

investigated 38:10
109:18 116:8,9

investigation 14:13
50:23 56:7 58:13,21 81:19
86:7 100:14 107:6 113:1,
10 116:13,18,21

investigations 46:13

Investigative 40:13

involved 22:23,24 53:4,
14,19,24 57:14 69:5 72:10
75:20,21 80:15 104:13
115:9 116:7 121:6

involving 121:6

Island 71:24

issue 67:16

issued 44:20 46:23

J

J's 118:15

JAMES 116:24

Jeremy 15:1,9 16:4 20:17
27:15,17 35:6 51:2,5
54:17,18 55:17 59:15,16,
23,24 60:18,19 61:6,8
68:5 80:18 84:1,11 87:2
95:2 98:6,19 99:8 100:17,
20 106:4 112:19 113:5,15
115:10,18 116:6,14
118:13,14

Jeremy's 55:2

job 10:6 20:21 48:23 62:7
70:23 71:19,21 73:13 92:7

Jobin 53:7,14 106:11

Joe 12:1 18:19 20:12,18,
19 34:10,23 51:2,4,6
57:14,17,18,24 58:2,6
60:21 61:1,4 69:15,16
70:24 71:2,18 72:6,8,9
85:22 95:3 103:8 108:4,7,
19 109:21,23 110:1,5,9
111:3 117:3 118:11
120:12

Joe's 51:7

Joseph 6:1 7:2 19:20
31:16 41:2 44:17 69:15

journals 68:9

jumbles 98:4

jumbo 47:18

June 35:24

K

K-O-C-H 53:21

Kahoots 9:13,15 13:4,14
18:5,22 20:7 21:24 27:11,
14 28:20 29:15,18 30:4,17
31:23 32:4,12 33:15 34:1,
6 36:1 39:21 40:4 42:16
43:16 44:4,13 52:21 53:5,
8,14,24 54:12 55:24 56:7,
13,19 61:23 62:11,13,22
63:3 64:12 65:13,22 68:9
70:14 74:16 76:3,5,18
77:2 78:8 79:21 83:5,9,13
95:15 97:24 98:20 99:5
103:4,23 118:12

Kasich 46:8

keeping 79:13

Kessler 10:16 52:23 53:4
69:24 70:2

key 68:15

Keyes 43:7 97:11 120:7

kids 65:5 73:15 94:19
96:14,16

kind 9:1 12:18,21 16:22
17:4,24 36:4 41:9,15
42:23 48:8 52:24 83:12
85:2 88:21 91:18 92:10
94:16 95:12 98:4,16
115:13 116:10 117:12

kitchen 27:22 55:8 75:5

knew 25:16 42:9 60:15
62:1,24 71:23 102:20
104:14 114:23 115:18
116:9

knowledge 13:16,18
23:14 27:16 54:5,6 55:11
56:12 62:16 89:18

Koch 53:21

Kyle 36:10 53:21,24 54:9,
11

Kyli 36:18

Joseph Vaillancourt
11/13/2020

**L**

laid 21:12,13,14,18,21 49:12

Lancaster 6:8 14:18,20, 21,22 58:10 59:8,10 61:18,22 62:3,10,17 86:6, 10 95:20 105:11 108:4 118:23

language 120:12

lap 50:21

lasted 50:8

law 14:9 16:13 17:2,9 21:7 22:19,20,21,22 23:2,20 35:23 46:23 47:22 48:4, 11,13 62:20,21 63:3,11 66:10,14 67:5 88:7,11 112:13

Lawrence 7:17

laws 10:21 11:2,6 22:7 47:11 79:12 111:1

lawsuit 105:7 118:12,22 119:2,4,5,8,10,18,21

lawyer 120:23

lead 65:7

learn 56:6

leave 8:9 11:19 21:3 58:22 65:1 87:5,8,13

left 14:19 48:5 54:10 59:6, 8 64:24 90:8 97:24

legal 47:17 109:7

legally 105:20

letter 33:23 34:2,5,8

liability 120:14,24 121:4, 9,19,20,23

liar 60:2

lie 87:7

lies 49:4

life 29:5 35:13 72:18 91:19 93:9,10 95:22

liquor 39:14 40:13,16 43:21 44:8 48:3 112:13 114:2

list 64:22

listening 60:6

live 57:17 91:17 92:2 94:22

lives 57:17

living 71:1 92:4

local 10:21 11:6 26:12,15

location 80:16

lock 51:8

lodged 116:16

logbook 12:6,7,15,19 14:5,9 15:3,6 16:13,16,20 17:17 86:14,18,20,22 87:10

logged 16:17

long 7:12 8:16 41:10,21 42:1

longer 41:16 48:15 49:17 91:17 98:19

looked 12:19 41:23 44:2 73:6,8 90:13

loose 87:11

lose 21:15

losing 51:4 98:5

lost 51:21

lot 23:22 28:14,23 31:4 37:13,23 38:4 49:6,7,24 50:12 58:1,3 63:21 64:8, 21 66:19 67:12 68:22,23 71:11 73:10 84:10 86:23 94:3 95:7,16,17 96:13 103:16 115:21 118:14

lots 96:12

love 93:24

loved 52:8

loves 93:16 96:4

lying 114:10

**M**

machine 82:8,17,19,20

made 25:13 35:9 38:12 46:1 60:3,14 62:17 63:4 71:13 83:20 84:5 85:16 103:18 105:23 106:7 113:5

magazine 66:2,3,5 79:24

mail 102:12,13

main 56:10

majority 26:14

make 13:24 35:2 38:10,22 45:6 46:19 51:12 59:22 63:8 64:14 66:21 67:6,24 69:3 82:5 85:7 89:16 95:9 104:23 110:17 111:6 114:8 122:12

makes 35:12

making 37:6 38:11 50:1 62:11 74:11

Malaysia 42:8,9,15,24 45:24 113:14 114:5 117:7

Mama 35:3

man 71:23 72:3 95:8

man's 55:18

manage 36:15

management 13:9 36:10 63:2 66:13

manager 8:21 9:6,24 10:1,3,4,7,19,24 16:22 17:24 24:8 36:16 37:17 38:1 41:6 43:4 48:21 52:24 53:12,17 60:16 67:3 70:15,20 71:6 87:16 88:5, 10

managers 37:16 50:7 72:13 74:20 75:20

managing 10:10 79:7

mandatory 75:24

Manhattan 71:3

March 9:11

marijuana 15:10 27:19,22 55:2,7

Marilyn 36:19

Marine 8:5,7

marked 15:13 99:16

marriage 92:14

married 7:10,12 49:10 52:5,7,13 91:16,18,21,23, 24 93:18 96:14

marry 93:22

Marshall 119:9

mask 6:16 59:4

Massachusetts 7:18,19

material 63:6

matter 69:1 84:17

means 17:22 65:23 84:20 94:3 117:16 120:20

Mediocre 106:19

meet 32:14 42:21 64:17 80:11

meeting 62:3 64:15

member 50:11 89:9

mentioned 98:10

mess 109:3

met 41:17,21 53:9 72:8 92:24 93:3

Michael 57:14

middle 7:17 40:21,23 41:3 44:9

midnight 46:7 56:23

military 8:4,10,14

milk 117:15,19,20

milked 117:18

milking 117:16

mind 51:13

minimum 75:15

minute 51:20

misdemeanor 101:12

misinformation 23:22

misinterpreted 93:8

missing 16:4

mistake 60:3 85:16 115:16

mixed 35:10

mobile 82:18

mom 49:20,21 75:7,10,19 92:8,9,10 93:17 95:23

moment 68:20 94:9 107:15

moms 94:17

Joseph Vaillancourt
11/13/2020

**Monday** 18:10,12

**money** 37:6 74:7 75:18
77:5,19 78:16,17,20 83:12
85:5,7,14 115:15 117:11,
18,20 121:15

**monitor** 11:1

**Monopoly** 83:12

**month** 34:21 47:19,21
57:18,20 68:5 88:1

**months** 26:9 68:5

**morning** 60:23

**mother** 94:6

**mouth** 84:8

**move** 43:19 105:1 107:1,3
109:3

**moved** 91:18 92:6 101:21
102:1

**moving** 71:9

**mug** 97:18

**mumbles** 98:4

**mumbo** 47:17

**mutual** 72:9 106:21

---
N
---

**NAG** 14:13 58:13,20 86:7
99:1,19 100:10,13 107:6

**nailed** 90:16

**named** 32:2

**names** 16:8 28:14,17,18
36:17 38:7 42:12,14
65:16,19 95:18

**narrative** 36:5,24 41:10,
13,16,22 42:1,19 44:24

**national** 79:4

**nationally** 79:14

**nature** 12:18 58:17
108:22

**necessarily** 87:10

**needed** 34:17 49:14
104:21 115:14 121:15

**negative** 38:6

**nervous** 109:8 114:4

**newspaper** 8:19

**nice** 93:11,13

**nicest** 95:21

**night** 14:15,17 24:14,20,
21 25:1,5,16,17 42:5 43:4
44:19 50:17,19 51:3 55:17
58:6,12 61:16 78:9,11
89:4,16 113:14,15 114:2
115:14 116:4

**nightclub** 15:11 26:13
33:1,9 45:16 46:13 49:18
51:5 60:9,12 61:10 66:5
68:3 71:3 79:6 85:17 91:2
96:18,24 110:4,24 111:5,
10,20 116:3,19,22

**nightclub's** 78:19

**nightclubs** 22:14 24:5
60:17 66:5,20 79:9

**nightly** 24:15,16 25:12,15
26:1

**nights** 14:2 25:2,6,7,8
58:2

**no-contest** 101:5,11

**no-touch** 22:18,21 62:20
66:10 67:5

**Noble** 69:11,13 94:9,13
97:2 117:3,6 120:9,11
122:1

**North** 19:23

**Northeastern** 7:24

**note** 15:20 16:1 43:7 87:9,
10 99:11,16 103:12,14

**noted** 12:11 39:19 40:8
43:19

**notes** 68:8 86:15 87:5,8,
12,13,14 122:12

**notice** 39:15 40:15 43:21,
22 69:17 70:5

**noticed** 12:2

**November** 7:9 9:18,20
98:1 122:16

**nudity** 111:14

**number** 7:6,7 20:23 24:6,
12 31:8 39:13 47:5 53:10
71:24 72:4

**numbers** 26:4 58:4

---
O
---

**Object** 111:17

**objection** 43:7 111:21

**obligated** 34:23

**observations** 107:8

**observe** 61:21 67:22

**observed** 84:23 86:16
89:9

**obtain** 52:6

**occasion** 16:12 35:9

**occasions** 113:7,12

**occupation** 8:22

**occur** 81:5

**occurred** 32:7,8 39:20
41:7 44:3 99:20 119:21

**occurring** 27:14 29:24
30:1 43:2,16 111:9,20

**October** 50:15 54:21
58:14 98:11 100:6

**offense** 20:2 49:24 100:6,
11,12

**offenses** 101:12

**office** 14:18,22 58:19
59:9,11,12 60:24

**officer** 50:24 58:11 61:16,
18,21,22 62:2,10 104:19
114:19,20,21 115:4
117:13,22 120:16

**officers** 6:7 14:14 58:9,
20,24 113:10,19 114:1
116:3,21 121:6

**official** 121:8

**officially** 35:13

**officials** 14:14

**Ohio** 22:19 35:19 39:14
40:12 62:21 79:16

**Ohio's** 62:20 66:10 67:5

**OIU** 112:8

**operate** 57:22

**operated** 46:11

**operation** 79:10 94:21
95:1

**operations** 10:9 57:24

**operator** 14:4

**opinion** 48:17 90:9

**opportunity** 122:9,13

**opposed** 19:7

**order** 72:24

**ordering** 10:17

**orders** 122:9

**ordinance** 21:7

**organization** 47:10 57:10
79:3,4

**outs** 85:15

**oversaw** 13:23 82:14

**overseeing** 10:9

**oversees** 47:11 79:11

**owner** 12:1 18:20 25:1
49:10 51:9 59:20 72:5

**owners** 25:23 50:14
79:13,19

**ownership** 13:11 14:7
57:13 62:12

---
P
---

**p.m.** 122:17

**pages** 40:12 44:23

**paid** 18:15 33:16 34:13
60:5 73:20,23 74:1,5
75:11,13,14 76:3,5,11,14,
20,21 77:11,13 78:10,12
83:6 94:8

**paper** 15:4,5 50:4 87:5,8,
9,11

**paperwork** 10:17

**paraphrasing** 34:8

**parents** 34:9

**parking** 31:4 64:21

**part** 6:15 23:16,17 25:15
34:1,20 35:13 54:18 88:20
113:8,9 115:16 116:16
120:13,14 121:4,11

**partial** 111:14

**party** 50:18

passport 96:1

pasties 19:3,6 20:24
22:24 23:1,5,6 46:5,11,16
63:5 110:14

pasty 22:20,21 45:15,17
46:6 56:18,24 67:20 79:23
88:17 96:20 109:16
110:19 111:13

patron 11:4,18 17:15 32:3
111:13 114:18,23

patrons 23:2 30:1 39:6
43:3 66:24 67:4 77:10,12
88:6

patrons' 11:1

pause 36:6 41:24 94:10
107:16

pay 33:19 73:14 74:8,10
76:18 77:2,4,10,12,16
79:21 82:24 118:16

paying 78:19 120:21

payment 121:3

payroll 26:17,18,21,22,24
28:13,17 76:17

people 17:21 24:1 26:14,
15,20 28:15 31:10 34:17
37:11,15,24 38:6,11 49:6,
7,24 50:14 51:1 62:15
67:9,11,22 68:2 69:2,3
74:15 75:6 76:1,11 83:20
93:9 94:2 95:11,16,17
96:12 104:8 115:10,22

per-night 24:19

performing 32:3

period 8:6 33:14 68:3

person 31:22 34:4 36:11,
14 40:24 44:15 49:23
52:24 64:7 68:16 70:1
72:19 75:8 77:16 89:3,14
93:8,14 96:5 108:14 112:4

personal 29:5 54:5,6 68:8
70:7 82:18 105:4

personality 73:5

personally 49:9 80:24
86:1

phone 57:19 61:2 68:12
96:15 108:16

phony 60:7 64:14 69:3

photo 63:18 89:22 90:2,3,
19,20

photographs 68:11

photos 89:19,24

pick 73:9

pictures 96:15

piece 15:4 50:4 87:9

pile 90:12

place 12:3,7 13:3 22:8
27:11 29:16 34:14 37:1
67:12 92:6 93:20 111:23
112:2 116:18

plaintiffs 97:12 122:5

plaintiffs' 97:5

plastic 35:3

platonic 32:23 33:2 49:12
51:22

play 10:12

plea 19:14,17 101:5,11

pled 19:18 48:19 101:4,10

point 14:24 21:22 38:17
46:12 56:6 59:14 61:19
62:18 69:1 87:22 96:23
99:4,7 109:23 110:17
114:21 115:7 118:2

police 30:4,16 31:7,10
81:10,13,18 85:20 104:19
115:2,3 120:16 121:5

political 96:3

position 9:23 10:2 21:22
71:4,5 82:11,16

positions 74:15,21,23

posted 90:6

potential 118:11

prefer 69:14 71:7,12

prepare 69:18

present 44:19

presented 28:3,4 55:1
83:18

president 57:9

pretty 10:9 22:4,5,13 25:9
26:6,10,11 60:20 72:16,19
93:1 95:5 97:20 108:7,16

prevents 23:2

price 60:5 78:3

Primarily 17:3

print 120:8

prior 104:19 118:19

private 24:4 39:6 67:23
77:3 82:21 83:1 88:21,24
89:7 90:11 110:13 113:20
118:8

problem 29:19,21,23 31:4
67:14,15

problems 22:7 60:10
67:14

proceedings 36:6 41:24
94:10 107:16

process 14:17 72:14,21
73:9 92:20

promise 45:22

promoted 10:2

promotional 75:8

proof 50:3

proper 17:11 63:5,8,23

properly 73:8 109:24

property 8:24 9:2 39:10,
11 64:24 80:11,12

prostituting 39:5

prostitution 11:10 17:15
29:22 37:1 56:20 104:12,
14 109:16 116:17

proud 93:6

public 40:13 105:23

published 66:1

pull 90:15,17

pulled 55:13 90:24

purpose 64:11

put 22:8 24:15 25:1 51:3
60:19 61:8 66:6 83:8
86:22 93:9 110:20 113:21
115:11

putting 81:3 85:4 114:9

Q

quality 72:3

question 6:11 68:22 77:7
82:3 84:10 90:24 99:13,23
100:9 101:3 112:6

questioned 85:6

questioning 97:23
112:24

questions 6:9 9:14 68:20
69:8 79:1 97:4,5,14 100:5
103:17 104:12,24 107:13,
18,19,23 117:1,4 122:1,4,
7

quote 34:8,20 35:8

R

Raber 62:11,15

raise 74:8,10

ran 82:14 96:17

range 26:10 76:24

rarely 73:2,3

rat 51:2 83:16,23

read 15:17,24 34:1 36:5
40:24 42:19 63:16 121:14
122:9

reading 15:24 16:2

ready 94:11,13

real 42:12

reality 65:10

realize 93:10

reason 15:8 16:24 20:13
50:2 52:15 93:11 98:3
103:8 114:11

reasoning 54:24

reasons 52:16

recall 15:7 16:12 19:11
30:4 32:1,6 42:4,7,8 74:5
78:3 86:7,16 120:12
121:11

receipt 78:21

receipts 55:18 78:9

receive 102:11 104:18

received 33:23 69:17
99:24 100:1,16

receiving 100:22 104:19

recently 94:21

recess 51:17

recession 22:12

recognize 65:16

recommendations 62:9, 17

record 7:1 12:24 13:1 18:3 25:20 103:13

recorded 14:8 86:18,20

recording 26:23

recordings 106:3,7

records 30:10 68:8 98:2, 12

referenced 51:23 66:9

referencing 15:21

referring 36:11

refused 20:20

regard 98:6 105:6

regulars 26:15

regulations 63:21

related 10:21 102:6 104:21

relationship 32:11,19,23, 24 33:2 49:12 51:22 80:9 94:1 112:18

relied 67:22

remarried 94:19

remember 12:13 18:1 28:5,16,18 32:8,9 33:11, 21 42:15 47:23 54:22 63:22 64:3 81:6 86:2,9 87:19 92:22 99:19,21 100:2,10 102:18 114:1 120:10,17

remove 87:23

removed 31:3,6 60:13

rental 34:22 76:21,22 78:14

renting 77:17

reopened 48:20

repeat 11:23

report 11:22,24 12:4 14:8 25:15,21,22 81:10,14,17

85:19 89:13 114:12,14,17 115:2,23

reported 14:7 37:17 38:1 39:10 81:20 89:11 110:15

reporter 8:20 82:6

reporting 16:13

reports 24:15,16,23 31:8, 10

represent 6:7 30:15 69:13 97:12

representation 79:5,11 109:7

representations 103:18

represented 49:1

representing 119:9

reputable 48:24

reputation 72:2

required 10:20 11:1

research 38:20

researched 55:13

respect 27:1 31:7 55:23

respiratory 8:15

respond 111:22

response 51:7

responsibilities 10:7 26:16 52:22

responsibility 27:3 88:5, 8,10,12

responsible 10:8 115:19

restroom 51:13

result 105:12

retired 8:11

returned 86:3

returns 27:2

review 69:21

Revised 23:12 66:9

Rhode 71:24

rid 61:5

ride 64:23

ring 34:15 35:4,14 45:2

RN 94:22

Road 19:23

role 9:5 10:12,15,19,24 11:13 13:19 24:8 53:7 55:23 66:23 67:3

rollercoaster 22:5 26:5

romantic 32:11

room 27:20 34:18 59:2 67:20 78:1 88:21,24 89:15 92:5 93:20 97:13

rooms 82:14,15

Rosser 6:8,21 14:12,20, 24 19:2,5 20:16,19 21:2,4 50:18 51:6,7 58:9,11 59:14,18 60:14,22 61:2,5, 16,21 62:2,10,17 81:20 83:22 85:19 95:19 99:2, 10,16 100:20 101:13,18 102:7,11 103:14,18 104:20 105:10 106:9 107:4 108:4,8,10,18 110:1,12,23 112:6,19 116:10,13 118:23 120:15 121:5,22

Rosser's 86:1 103:10

rough 26:9 29:10

rule 112:12

ruled 47:1

rules 60:10 63:21,23 66:20

ruling 48:22

rumors 54:8,9,14

run 37:10 50:10 60:9 82:9 85:13 109:24

running 62:13 111:5

Russia 92:13

---

### S

Safety 40:13

salaried 73:17

salary 18:16,17 74:12

sale 11:11

Salem 7:23

sales 27:13,17 54:15

Saturday 40:2

sauce 35:10

save 116:10

saved 34:22

scale 27:22 55:8

scared 114:5

scenario 39:8

schedule 14:4

scheduling 13:22,23

school 7:16,17 34:7 73:14

schools 7:22

screen 96:22 120:1,2

scumbag 60:1

section 23:12 66:10

security 26:20 31:22 36:14 37:15 64:21 67:10, 22 75:6,22 76:1,3 77:15 89:14

sell 64:16,20 65:6 80:15 91:1 104:5

selling 15:10 16:5 91:13 104:8

sells 56:2

semiretired 9:1

Senate 22:8,16,23 23:4,9, 16,17 45:11,20 46:9 47:4, 8,15,18,19,21 48:7 50:13 56:22 62:19 101:21,22 102:2 112:12

send 13:8 17:7 122:2

sending 96:15

sense 46:19 67:15

separate 113:7,12

September 44:3 54:22,23 91:22,23 98:11

servers 74:19 75:5 76:5

service 8:4

set 113:15,16 115:11

setting 51:1

settle 105:15

settled 105:17 119:11,21, 22

Joseph Vaillancourt
11/13/2020

settlement 120:13 121:1

sex 29:24 32:3 43:2,9,11
45:15

sexual 32:24 43:5 45:14
56:22

sexually-orientated
46:3

Shandyle 40:8,22

share 120:1,2

sheet 16:9 25:21 87:11

sheets 25:22

shift 16:22 24:21 36:22
76:23 112:10

shook 24:3 59:21

short 32:15 53:11

shoulder 95:4

show 94:16 98:2,12

showed 29:1,7 113:3
116:20,21

shut 9:11 58:21

sick 50:4 95:5

side 35:24 85:7

sides 83:24 84:3 96:3

sight 97:20

sign 63:18 64:11

signature 16:9 55:16

signing 16:6,7

similar 15:2 31:9 44:1

simple 101:12

single 12:10

sir 107:17 116:24

Sirens 9:3,5,7

sitting 58:6 60:6 116:1

situation 34:12 90:14
121:6

situations 58:5

skin 116:11

sleep 29:12

slept 35:1

slips 15:10 81:17 82:9,12

slot 73:1

slowed 22:10,17

small 26:13

smaller 44:24 71:12

so-and-so 39:5

soap 75:3

software 79:7

Sokol 15:1,9 16:4 20:17
27:15 35:6 51:2 54:17,18
55:1 59:23 60:1 61:6,8
68:5 80:19 82:8 83:16
87:2 95:2 98:6,19 99:8
100:17,20 106:4 112:19
113:5,15 115:10 116:6,14
118:11,13,14

Sokol's 27:17

sold 51:10 56:3 104:3

solicitation 17:12 43:12,
13 45:24

solid 90:22

somebody's 90:6

sopping 114:3

sort 8:13 10:12 11:9 12:3
17:2,14 18:22 19:14 25:14
29:14 32:10 34:15 35:4,14
39:3,7 43:2 53:18,23 57:5
62:1,4 68:8 96:8

sorts 16:16 17:13,16
38:14 60:7 79:8

sound 6:13,18 20:3 36:20

sounds 35:6

space 77:6,17

speak 69:23 70:10

special 49:22

specifically 34:20 42:5
58:8 121:22

spectrum 96:3

speeding 101:19

spell 6:24

spelling 122:12

spoke 62:15 70:1,2 99:1
106:8

sponsor 94:7

sponsored 49:21

sponsoring 92:9

staff 10:11 50:11 75:5

stage 67:8

staged 90:13

start 9:7,15 71:15 80:18

started 33:15 49:17 70:13

starts 41:15

state 6:24 10:20 11:6
39:13 47:12 48:4,11,13,21
50:13 57:9 79:12,16
111:14

state-wide 47:10 79:3

stated 20:13 21:8 33:24
91:15

statement 15:2,7 45:7
46:1 51:12 98:22 104:23
115:21 117:13

statements 69:3,4 83:20
84:6 103:10 107:5

states 52:12 120:23

stating 97:2

stay 25:9 26:6 34:12 52:11

stayed 13:13 33:16,18
34:19 46:10 92:7

steady 22:2,5,13

stereotype 96:8

Steve 10:16 24:24 25:23
26:18,21 28:13,16 36:16
52:23 53:4 58:1,4 60:23
61:1,2 64:8,9 69:24 70:2

Steven 120:15 121:4

stole 51:10

stop 92:4

Stoppers 35:20,23 36:7

stories 38:12 50:1 60:6,7
64:14

story 38:13

straighten 21:17

strange 34:23

Street 7:5

strike 106:16

strolled 67:23

struck 93:13

struggling 37:6 93:16

strung 73:7

stuff 38:7,13 54:9 57:8,11
59:1 63:21,22 92:5,21
93:20 94:20,23 96:15
109:8

subpoenaed 6:20

substance 70:11

successful 22:15 37:12

Sullo 12:1 18:19 20:12,16,
18 21:1,11 51:3,6 57:14
60:21 61:1,10 70:24 71:18
85:22 103:8 108:4,12,18
109:12 110:5

Sunday 18:12

supervisor 18:18 85:21
86:1

supply 63:6

supposedly 110:13,23

surprised 60:20

survived 50:5

sweating 114:4

sworn 6:2

system 92:19 93:2

---

T

tab 15:15 19:19 35:18
63:13 65:12 99:17

Tabasco 35:10

taking 12:3 14:23 16:6
27:11 29:16 37:1,21 81:2,
3 112:2

talk 37:24 42:23 57:10,19
58:8 61:4 62:19 68:16
72:16 85:18 105:3

talked 49:8,10 52:23
59:19 66:17 68:14 78:24
97:24 98:24 99:24 100:1
102:22 103:12 108:18
109:4 111:3 112:16

talking 14:6 22:17 23:10
42:2 51:20 56:15 57:13
60:23 80:18 85:3 86:14

90:19,21

**tape** 79:23

**tax** 27:2

**taxes** 27:6,7

**telephone** 7:6 108:15

**ten** 30:8,20

**tenant** 14:4

**tens** 83:10

**terminate** 11:14,16 54:18, 20 106:20

**terminated** 15:1,9 16:3 17:8 20:7,11 37:18 38:8 65:3 98:1 102:15,23

**terminating** 98:6

**termination** 11:12 20:14 21:13 55:1 106:22 118:19 119:15

**terms** 20:22 21:23 24:6 25:12

**testicles** 35:2

**testified** 43:1 84:2 87:21 111:8 122:11

**testify** 6:21 87:4

**testimony** 46:22 47:2,14 70:11 85:16 87:15 88:1 100:15 111:10 122:16

**thank-you** 33:23

**therapist** 8:15

**thing** 6:9 17:9 20:22 21:17 25:14 37:13 39:7 45:24 50:5,20 67:10,19 68:1 78:12 85:2 87:2 90:12,16 95:6,14 105:4 117:12

**things** 10:18 17:16 28:23 37:19 38:6,14,16 49:3,7 51:20 54:4,7 56:12,14,15 63:8 67:13,18 70:7 79:8 84:6,15 86:19 95:17,21 96:12 97:21 105:1 109:10 113:18 114:6 115:20,21 117:8

**thought** 24:1,2 84:3 85:12,13 98:10

**thousands** 36:21

**threatened** 21:2 108:9 113:22

**threatening** 61:13

**threw** 34:9

**throw** 96:7

**thrown** 90:18

**Thursday** 25:7

**ticket** 101:19

**tight** 65:3

**time** 8:6 16:2 17:3 18:11 19:4 20:3 21:6,11 29:4 31:2 32:15,22 33:14 36:2 39:24 40:1 41:1,6 44:16, 24 46:24 51:11 53:11,12 56:2,3,6 57:7 58:5 68:7,9 70:4,10,21 71:1 72:7 73:1, 12 74:6 75:8 76:23 78:15 80:4,5,7 81:21,23 82:11 83:19 86:21 88:19 95:15 96:20,21 99:4,7 101:17 106:5,8,24 107:3 114:21, 23 116:2 118:3 122:2

**timeframe** 44:4

**timeline** 80:13

**times** 13:14 23:6 30:4,6, 11,12,16,17 31:1 37:5,13 38:4,24 57:19 58:3 73:10 87:24 101:20 108:17,20 109:19

**tip** 35:23 36:8

**tip-out** 75:15,24 76:2

**tip-outs** 75:21

**tipped** 75:22

**tipping** 83:11

**tips** 16:7 55:16

**titled** 65:12

**today** 6:20 13:17 56:16 68:15 69:19 70:11 111:10 112:16

**told** 11:19 15:18 21:1 47:7 51:6 60:17 61:5,7 87:16 93:23 103:8 110:1,5 115:7

**tonight** 25:18

**top** 35:20 40:14,17 44:9

**toss** 95:18

**total** 30:16

**totally** 49:4

**touch** 27:9 94:18,20 114:24 117:21,22

**touching** 23:3 111:13 115:4

**town** 60:21

**towns** 48:2

**townships** 48:2,5

**track** 24:7,12 25:14 93:1

**tracked** 17:16 24:10

**traffic** 101:12

**trafficking** 29:14

**train** 63:7

**training** 10:10

**transient** 26:13

**Travis** 53:16,19 59:9 86:13

**trends** 57:11 79:13

**trouble** 15:23 31:5

**true** 84:15

**trustworthy** 84:20

**tuition** 73:14

**turn** 12:22 15:15 19:19 40:11 43:18 44:22,23 46:17 59:2 63:13 97:17

**turned** 46:20 104:9,15

**TV** 84:1

**type** 26:14 60:16 72:14,19 73:13 84:19 95:12 103:22 105:7

**types** 67:9 69:2 74:23 112:24

## U

**U.S.** 52:14

**ugly** 97:18

**uh-huhs** 6:18

**ultimately** 24:22 101:14

**unaware** 74:21

**unconstitutional** 45:13 46:10,18,24 47:1,6

**underage** 29:18,20

**undercover** 113:12 115:10

**Underneath** 44:15

**understand** 10:20 47:7 88:20 90:5 94:2 98:18 102:16 105:2,3 121:15

**understanding** 6:22 77:24 84:1 108:8

**understands** 120:24

**understood** 48:9,10 116:15

**unemployed** 53:11

**unemployment** 103:1,5

**unfair** 49:4

**unique** 94:1

**unit** 33:23 34:2 40:13

**United** 52:11

**updated** 79:13

---

### V

**V-E-R-A** 33:6

**V.P.** 80:2

**vagina** 113:20 114:10,24

**Vaillancourt** 6:1,6 7:2 19:20 34:11 39:12 41:2 44:17 51:19 69:12,15 95:3 107:21 120:24 121:7 122:8

**valid** 48:11,13 62:21

**Vanity** 59:18,21

**Varsity** 42:21

**vehicle** 64:23

**venues** 71:12

**Vera** 33:4,6

**vice** 33:22 34:2 57:9 113:10 114:3 116:21

**Victor** 7:2

**video** 97:17

**violating** 17:2

**violation** 40:14,15,16 41:1,6,12 42:2 43:18 44:1, 8,16,20

Joseph Vaillancourt
11/13/2020

violations 39:19 46:23
100:24

VIP 78:1 82:13,15

vividly 99:21

volume 21:23

voted 96:2,4

vulnerable 115:17

_____

**W**

wage 26:19,21

wait 6:10,11

waitresses 26:19

waive 122:13

walked 58:19 59:12

walking 37:21 59:1 73:12

wall 90:23

walls 63:21

wanted 12:24 15:3 17:24
18:2 20:16,22 21:14,16
48:6,7 49:13,23 52:8,9,11
64:13 65:9 71:7 73:16
82:24 84:18 93:11,17
109:6,10 110:17 111:4,6
116:23

warning 104:18

watch 38:2,21 67:8,11,19,
24

watched 96:23

watching 37:22

water 35:11

wear 63:6

wearing 17:11 19:6 22:23,
24 46:6,10,16 63:24

weed 28:1

week 18:7,9 25:3,5 26:22
28:17 74:2,13

Weekend 25:4

weekends 18:14

weekly 76:14

weeks 9:9

weighing 27:21 55:7

well-respected 72:5

wet 114:3

whatnot 122:12

Whitaker 31:17 32:2

white 15:17

Whitt 41:17,21

wife 51:23 95:4

wise 61:12

witnessed 27:21 28:21
37:17 55:6

woman 32:14 49:8

word 21:13

word-for-word 15:8

words 114:7

wore 23:5,6

work 8:13 10:16 18:7,8
20:17 21:4,8,9 29:7 34:24
36:21 49:18 50:14 54:2
58:1 64:8,17 71:11,14
72:17 73:11 75:1 83:24
94:18 95:11 106:15,17
107:2 110:4,24 115:15
121:16

worked 8:15,19 9:9,17,21
18:4,6,14 27:19,20 28:15
32:14 33:9,24 36:22 44:13
45:6 50:17 52:20 53:9
54:1 56:10 66:19 68:3,23
71:23 72:3,8 73:10 74:15
75:19 81:12 86:5 106:14

working 8:23,24 33:15
34:6 38:9 40:3 55:17 56:5
70:14 71:1,15 72:11 80:4
84:2 98:20 99:5 110:7
113:15 115:10

works 55:21 56:1 59:23
68:13 74:24 75:2 120:5

write 12:4,10 13:6 81:7
87:12,13 107:7

writing 64:10

written 15:2,3 24:14 50:3,
17 107:5

wrong 20:21 46:5 47:24
50:24 60:8 70:18 98:13
114:8 115:20

wrongdoing 107:8

wrote 15:6 34:5 50:18
55:15 70:17

_____

**Y**

year 9:8 22:11 27:2,5
30:11,12 98:14 102:1,3

years 7:13 8:17 9:21 13:4
20:20 22:1,6 28:9 30:19,
20 33:12 46:14 47:5 48:23
50:5,8 53:10 60:4 68:4,24
71:24 72:4,5 74:4 79:18
91:24 92:17,24 96:21
109:19 116:5

York 61:11 71:3,9,16,19,
22

young 65:5

younger 71:10