# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Icon Entertainment Group, et al.,** | : | |
| | : | |
| Plaintiffs, | : | Case No. 2:20-cv-00101 |
| | : | |
| v. | : | Judge Morrison |
| | : | |
| **Steven G. Rosser, et al.,** | : | Magistrate Judge Jolson |
| | : | |
| Defendants. | : | |

## ORDER GRANTING MOTION TO DROP CITY OF COLUMBUS AS A PARTY

This matter came before the Court on the plaintiffs' unopposed motion under Fed.R.Civ.P. 21 to drop defendant City of Columbus as a party. For good cause shown, the Court GRANTS the motion and ORDERS that plaintiffs' claims against the City of Columbus are dismissed with prejudice and that the City is no longer a party to this case. In light of this, the City's Motion for Summary Judgment (Doc. 73) is DENIED as MOOT.

SO ORDERED.

Dated: <u>September 30, 2021</u>     s/Kimberly A. Jolson
                                      Kimberly A. Jolson
                                      United States Magistrate Judge

Agreed:

| | | |
|---|---|---|
| /s/ Barton R. Keyes | /s/ Andria C. Noble (email auth.) | /s/ Larry H. James (email auth.) |
| Rex H. Elliott (0054054) | Andria C. Noble (0077728) | Larry H. James (0021773) |
| Barton R. Keyes (0083979) | Westley M. Phillips (0086365) | Christopher R. Green (0096845) |
| Cooper & Elliott, LLC | City of Columbus, | Natalie P. Bryans (0097697) |
| 305 West Nationwide Blvd. | Department of Law | Crabbe, Brown & James, LLP |
| Columbus, Ohio 43215 | Zach Klein, City Attorney | 500 S. Front Street, Suite 1200 |
| (614) 481-6000 | 77 North Front Street | Columbus, Ohio 43215 |
| (614) 481-6001 (Facsimile) | Columbus, Ohio 43215 | (614) 229-4563 |
| rexe@cooperelliott.com | (614) 645-7385 | (614) 229-4559 (Facsimile) |
| bartk@cooperelliott.com | (614) 645-6949 (Facsimile) | ljames@cbjlawyers.com |
| | acnoble@columbus.gov | cgreen@cbjlawyers.com |
| David A. Goldstein (0064461) | wmphillips@columbus.gov | nbryans@cbjlawyers.com |
| David A. Goldstein Co., L.P.A. | | |
| 511 South High Street, Suite 200 | *Attorneys for Defendant* | *Attorneys for Defendants* |
| Columbus, Ohio 43215 | *City of Columbus* | *Rosser and Lancaster* |
| Telephone: (614) 222-1889 | | |
| Facsimile (614) 222-1899 | | |
| dgoldstein@dgoldsteinlaw.com | | |

Gina M. Piacentino (0086225)
The Weldele & Piacentino Law Group
88 East Broad Street, Suite 1560
Columbus, Ohio 43215
Telephone: (614) 221-0800
gpiacentino@wp-lawgroup.com

*Attorneys for Plaintiffs*