AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
для
Southern District of Ohio

| | |
|---|---|
| Icon Entertainment Group aka Kahoots and 4522 Kenny Road, LLC, *Plaintiff*<br>v.<br>Steven G. Rosser, et al.,<br>*Defendant* | Civil Action No. 2:20-cv-101 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Court grants Defendant Rosser's Motion for Summary Judgment and dismisses without prejudice Plaintiffs' abuse of process claim subject to re-filing in state court and dismisses with prejudice Plaintiffs' claims against John Doe Defendants #1-2.  This action is hereby terminated.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 3/21/2022

CLERK OF COURT

*Theresa J. B*

Signature of Clerk or Deputy Clerk